UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-KPN

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY,
KATHLEEN DENNEHY,
THE MASSACHUSSETTS DEPARTMENT OF CORRECTION,
NATAYLIA PUSHKINA, AND
Deborah O'DONNELL,

    Defendants.

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

The plaintiff, Joel Pentlarge, moves to amend the complaint. In support of this motion that the plaintiff states that Rule 15(a) of the Federal Rules of Civil Procedure provides that the complaint may be amended once as a matter of course, if the defendants have not already answered or otherwise responded to the complaint. The defendants in this case have not answered or otherwise responded to the complaint in this case. Filed with this motion is the proposed amended complaint.

Joel Pentlarge, Plaintiff

Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 9673453

### Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing motion to amend the complaint and the proposed amended complaint on the following by first class mail postage prepaid:

Robert Murphy, Superintendent
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

Kathleen Dennehy, Commissioner
Massachusetts Department of Correction
50 Maple St.
Milford, MA 01757

Attorney General Thomas Reilly
One Ashburton Place
Boston, MA 02108

Nataylia Pushkina, Librarian
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

Deborah O'Donnell,
Director of Rehabilitation
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

September 21, 2004

Joel Pentlarge