AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE _____ DISTRICT OF _____

MASSACHUSETTS

JOEL PENTLARGE,

    Plaintiff,

V.

ROBERT MURPHY,
KATHLEEN DENNEHY, AND
THE MASSACHUSETTS
DEPARTMENT OF CORRECTION,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-30177-KPN**

TO: (Name and address of defendant)

THE Massachusetts Department of Correction, c/o Attorney General Thomas Reilly, One Ashburton Place, Boston, MA 02108 and c/o Katheen Dennehy Commissioner of the Massachusetts Department of Correction, 50 Maple Street, Milford, MA 01757.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE  9/27/04

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attorney General Reilly
    One Ashburton Place
    Boston, MA 02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: OCT 13 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 6838 1507

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Comm. Dennehy
    Mass. D.O.C.
    50 Maple St.
    Milford, MA 01757

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): SHARON FICCO    C. Date of Delivery: 10/13/4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 6838 1514

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540