```
              UNITED STATES DISTRICT COURT
                        FOR THE
                 DISTRICT OF MASSACHUSETTS

                                        C.A. No. 04-30177-KPN

JOEL PENTLARGE,

        Plaintiff,

vs.

ROBERT MURPHY, ET AL.

        Defendants.
```

SUPPLEMENTAL AFFIDAVIT
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Joel Pentlarge, state under the pains and penalties of perjury that:

1. I have been informed that the Wakefield Unitarian Church will be holding a funeral service for my brother Daniel Pentlarge on Saturday, November 7, 2004 at 2:00 P.M.

Signed under the pains and penalties of perjury.

October 22, 2004

_____
Joel Pentlarge