UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. 04-30177-KPN

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY,
KATHLEEN DENNEHY,
THE MASSACHUSETTS DEPARTMENT OF CORRECTION
NATALYA PUSHKINA, and
DEBORAH O'DONNELL,

    Defendants.

Certificate of Service
OF NOTICE OF LAW SUIT AND
REQUEST FOR WAIVER OF SERVICE OF SUMMONS

    I, Joel Pentlarge, state under the pains and penalties of perjury that I have served the following:

1. A copy of the complaint,

2. A copy of the amended complaint,

3. A copy of the proposed supplemental complaint and the motion to supplement the complaint,

4. A copy of the Plaintiff's motion for preliminary injunction,

5. A Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons form and a self addressed stamped envelope,

to each of the persons listed below by certified mail, return receipt requested, which were received on the dates shown the return receipts which are attached hereto:

2

Robert Murphy, Superintendent
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324      received on September 25, 2004

Kathleen Dennehy, Commissioner
Mass. Department of Correction
50 Maple St.
Milford, MA 01757          received on September 27, 2004

Attorney General Thomas Reilly
One Ashburton Place
Boston, MA 02108           received on September 27, 2004

Natalya Pushkina, Librarian
Nemansket Correctional Center
30 Administrration Rd.
Bridgewater, MA 02324      received on October 13, 2004

Deborah O'Donnell, Director of Rehabilitation
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324      received on October 13, 2004.

I have also served each of the defendants with the Notification and Consent to Proceed Before a U.S. Magistrate Judge.

Signed under the pains and penalties of perjury this 20th day of October, 2004.

Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Superintendent Robert Murphy
   Nem. Cor. Cen.
   30 Administration Rd.
   Bridgewater, MA 02324

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 9/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 6838 1477

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Comm. Kathleen Denney
   Mass. Dept. of Corr.
   50 Maple St.
   Milford, MA 01757

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Farrell  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) Michelle Farrell    C. Date of Delivery 9/27/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 6838 1484

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   A.G. Thomas Reilly
   One Ashburton Place
   Boston, MA 02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 6838 1460

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

   Natalya Pushkina, Lib.
   Nemansket Corr. Center
   30 Administration Rd.
   Bridgewater, MA 02324

4a. Article Number: P 069 177 708

4b. Service Type
   ☐ Registered    ☐ Insured
   ☐ Certified     ☐ COD
   ☐ Express Mail  ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee) [signature]
8. Addressee's Address (Only if requested and fee is paid)
6. Signature (Agent)

PS Form 3811, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

   Deborah O'Donnell
   Nemansket Corr. Center
   30 Administration Rd.
   Bridgewater, MA 02324

4a. Article Number: P 150 758 331

4b. Service Type
   ☐ Registered    ☐ Insured
   ☐ Certified     ☐ COD
   ☐ Express Mail  ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee) [signature]
8. Addressee's Address (Only if requested and fee is paid)
6. Signature (Agent)

PS Form 3811, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**