# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Robert Murphy, Superintendent, Mass. Treatment Center, Bridgewater, MA

YOU ARE COMMANDED to have the body of __Joel Pentlarge__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on __11/5/04__, at __2:30 p.m...__

for the purpose of __HEARING RE: MOTION FOR INJUNCTIVE RELIEF__

in the case of __Joel Pentlarge v. Robert Murphy, et al__

CV Number 04-30177 -KPN

And you are to retain the body of said Joel Pentlarge while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Joel Pentlarge__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __3rd__ day of __November, 2004__.


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

SEAL

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Habeas Writ.wpd - 2/2000)

[kwhcap.] or
[kwhcat.]