UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-KPN

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY,
KATHLEEN DENNEHY,
THE MASSACHUSETTS DEPARTMENT OF CORRECTION,
NATALYA PUSHKINA, AND
DEBORAH O'DONNELL,

    Defendants.

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO ATTEND HIS BROTHER'S FUNERAL

The plaintiff Joel Pentlarge moves that court grant a preliminary injunction ordering the defendants to grant the plaintiff an escorted furlough to attend the funeral of his brother Daniel Pentlarge, which is to be held on Sunday November 7, 2004 at 2:00 P.M. at the Unitarian Universalist Church of Wakefield, 326 Main Street, Wakefield, Mass.

In support of this motion please see the following documents:

1. The Supplemental Complaint dated September 26, 2004, and served on the defendants on September 28, 2004. Please see Count VIII Denial of Funeral Furlough, and Additional Relief Requested, ¶ 1.

2. Plaintiff's Motion for a Preliminary Injunction, ¶ 1, served on September 28, 2004.

3. The Supplemental Affidavit in Support of Motion for

2

Preliminary Injunction, dated October 22, 2004.

4. A written request to Superintendent Murphy to Attend the Funeral Service on November 7, 2004. Superintendent Murphy has informed me in person that he has denied this request, but I have not received anything in writing from him as of this date.

5. Copies of the grievance and appeal denying my request to attend the first funeral service which was held on September 25, 2004.

6. A copy of the relevant portions of 103 CMR 463.00 Furloughs.

7. A Memorandum in Support of the Plaintiff's Motion for a Preliminary Injunction.

Joel Pentlarge, Plaintiff

*/s/ Joel Pentlarge*

Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

November 3, 2004