UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30177 KPN

**JOEL PENTLARGE,**
  **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
  **Defendants.**

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Robert Murphy and Kathleen Dennehy.

By:
Defendants Robert Murphy and
Kathleen Dennehy,
NANCY ANKERS WHITE
Special Assistant Attorney General

Mary P. Murray, Counsel (BBO # 555215)
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8184
(508) 279-8181 (fax)

Dated: November 5, 2004

### Certificate of Service

I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, Joel Pentlarge, by hand.

Mary P. Murray

Dated: November 5, 2004