UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-KPN

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

REQUEST FOR DEFAULT AGAINST
THE MASSACHUSETTS DEPARTMENT OF CORRECTION

The plaintiff Joel Pentlarge requests that the default of defendant Massachusetts Department of Correction be entered in the above entitled action for failure to answer or otherwise defend, as provided by Rule 55 of the Federal Rules of Civil Procedure.

The plaintiff has already filed with the court the summons showing that the Massachusetts Department of Correction was served with a copy of the summons and complaint by certified mail addressed to Attorney General, Thomas Reilly and the Commissioner of Correction, Kathleen Dennehy, on October 19, 2004, as provided by Federal Rule of Civil Procedure 4(j)(2) and Mass. Rule of Civil Procedure 4(d)(3).

More than twenty days have passed and the Massachusetts Department of Correction has not filed an answer or otherwise defended this action, as required by F.R.C.P. 12(a)(1)(A).

>                                    Joel Pentlarge, Plaintiff
>
>                                    _____
>                                    Joel Pentlarge, Pro Se
>                                    Nemansket Correctional Center
>                                    30 Administration Rd.
>                                    Bridgewater, MA 02324
>                                    Telephone (413) 967-3453

                            Verification

   I, Joel Pentlarge, state under the pains and penalties of perjury that all of the facts stated in the foregoing Request for Default are true.

November 18, 2004                   _____
                                    Joel Pentlarge

                        Certificate of Service

   I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing Request for Default on Attorney Mary Murray by DOC mail addressed to her at 30 Administration Rd, Bridgewater, MA 02324, and on Attorney General Thomas Reilly by first class mail postage pre-paid at One Ashburton Place, Boston, MA 02108, and by DOC mail on the defendants Natalya Pushkina and Deborah O'Donnell at 30 Adminsistration Rd., Bridgewater, MA 02324.

November 20, 2004                   _____
                                    Joel Pentlarge