# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOEL PENTLARGE,** <br>             **Plaintiff** <br><br> V. <br><br> **ROBERT MURPHY, ET AL.** <br>             **Defendants** | CIVIL ACTION <br><br> NO. 3:04-CV-30177-KPN |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, **Joel Pentlarge** for an order of Default for failure of the Defendant, **Massachusetts Department of Correction**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **30** day of **November**, 2004.

                                  Tony Anastas, Clerk

                      By:   /s/ *Maurice G Lindsay* <br>
                                Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

- ❏    Pro Se Plaintiff Joel Pentlarge
- ❏    Counsel for Defendant Mary Murray