UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30177 KPN

JOEL PENTLARGE,
    Plaintiff,

v.

ROBERT MURPHY, *et al.*,
    Defendants.



### NOTICE OF APPEARANCE

    Please enter my appearance on behalf of Defendant Massachusetts Department of Correction.

                    Massachusetts Department of Correction,
                    NANCY ANKERS WHITE
                    Special Assistant Attorney General

By:    Mary P. Murray, Counsel (BBO # 555215)
        Department of Correction
        Massachusetts Treatment Center
        30 Administration Road
        Bridgewater, Massachusetts 02324
        (508) 279-8184
        (508) 279-8181 (fax)

Dated: November 29, 2004

### Certificate of Service

    I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, Joel Pentlarge, by intra-facility mail, at 30 Administration Road, Bridgewater, MA 02324.

                    Mary P. Murray

Dated: November 29, 2004