UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30177 KPN

JOEL PENTLARGE,
Plaintiff,

v.

ROBERT MURPHY, et al.,
Defendants.

## MOTION TO EXTEND TIME OF DEFENDANTS KATHLEEN DENNEHY, ROBERT MURPHY AND THE MASSACHUSETTS DEPARTMENT OF CORRECTION TO RESPOND TO THE PLAINTIFF'S COMPLAINTS

The Massachusetts Department of Correction ("DOC), Kathleen Dennehy and Robert Murphy (collectively, the "DOC Defendants"), hereby request that the Court extend the time for them to file a response the plaintiff's complaint, amended complaint and supplemental complaint filed to date in this action.

The DOC Defendants are filing herewith an Opposition to Request for Entry of Default against the Massachusetts Department of Correction and Cross Motion for a Procedural Order and Extension of Time ("DOC Defendants Motion"). In the DOC Defendants' Motion, the DOC Defendants have requested that the Court order the plaintiff to set forth all of his claims in a single amended complaint. The DOC Defendants also requested that the Court then grant them 30 days from the date of the filing of that amended complaint to respond. For the reasons stated in the DOC Defendants' Motion, the DOC Defendants request that, if the Court grants the DOC Defendants' Motion, the Court extend the time for them to respond until 30 days from the date of the filing of the amended complaint. If the Court denies the DOC Defendants' Motion, the DOC

Defendants request 30 days from the date of the denial in order to respond to the plaintiff's existing complaint, amended complaint and supplemental complaint.

WHEREFORE, the DOC Defendants respectfully that this Court allow this motion.

>Respectfully submitted,
>Massachusetts Department of Correction,
>Kathleen Dennehy and Robert Murphy,
>
>By their attorneys,
>
>NANCY ANKERS WHITE
>Special Assistant Attorney General
>
>By:   *Mary P. Murray*
>   Mary P. Murray, Counsel  (BBO # 555215)
>   Department of Correction
>   Massachusetts Treatment Center
>   30 Administration Road
>   Bridgewater, Massachusetts 02324
>   (508) 279-8184
>   (508) 279-8181 (fax)

Dated: November 29, 2004

### Certificate of Service

I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, Joel Pentlarge, by intra-facility mail.

>*Mary P. Murray*
>Mary P. Murray

Dated:  November 29, 2004