UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-KPN

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

## PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE COMPLAINT

The plaintiff Joel Pentlarge moves to supplement the complaint as provided by Federal Rule of Civil Procedure 15(d). In support of this motion the plaintiff states that there have been further instances in which the defendants have violated the plaintiff's civil rights since the filing of the last supplement to the complaint. These new claims for failure to provide sufficient heat and to repair a leaking roof, further interference with the plaintiff's incoming mail and penalizing the plaintiff for exercising his rights to appeal the contrabanding of mail all arise from the civil commitment of the plaintiff, as do all of the claims previousl raised by the plaintiff in this action. Filed with this motion is the proposed Second Supplemental Complaint which has been verified under the pains and penalties of perjury. Allowing this motion to supplement the complaint will promote the economical and speedy disposition of these controversies. Keith v. Volpe, 858 F. 2d 467, 473-474 (9th Cir. 1988, cert den. 493 U.S. 813, sub nom. Hawthorne v. Wright) citing inter alia, J. Moore, Moore's Federal Practice, Y 15.16[3] (1985), and c. Wright & A. Miller, Federal

<u>Practice and Procedure</u>, § 1506 (1971).

Joel Pentlarge, Plaintiff

/s/ Joel Pentlarge
Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

Verification

I, Joel Pentlarge, state under the pains and penalties of perjury that all of the factual statemetns int eh foregoing Second Motion to Supplement the Complaint are true.

November 27, 2004

/s/ Joel Pentlarge

Certificate of Service

I, Joel Pentlarge, state under the apins and penalties of pejury that I have served a copy of the foregoing Plaintiff's Second Motion to Supplement the Complaint by DOC mail on Attoreny Mary Murray, Natalya Pushkina and Deborah O'Donnell, and by first class mail on Attorney Thomas Reilly, One Ashburton Place, Boston, MA 02108.

November 30, 2004

/s/ Joel Pentlarge