UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-KPN

JOEL PENTLARGE,
    Plaintiff,

vs.

ROBERT MURPHY, et al.,
    Defendants.

PLAINTIFF'S ASSENT
TO THE DEFENDANT'S MOTION FOR EXTENSION OF TIME

    The plaintiff, Joel Pentlarge, assents to the motion of the defendants, Murphy, Dennehy and the Massachusetts Department of Correction to extend time to respond to the plaintiff's motion for a preliminary injunction and to supplement the complaint for second time, through December 30, 2004.

    In assenting to this motion the plaintiff accepts as true the representation that the defendants have made repairs to the heat on the plaintiff's cell block. With the relatively mild temperatures so far in December, the heat is now sufficient. It is the plaintiff's understanding that the repairs are not complete. Only one of the three blowers which blow warm air into the common area of the cell block, is now working. It is the plaintiff's understanding that the parts have been ordered to repair the other two blowers. So far as the plaintiff knows no repairs have been done to the roof, which still is leaking as the plaintiff types this assent on December 11, 2004. Presumably all three blowers will need to be working to provide sufficient heat in the coldest part of the winter.

Joel Pentlarge, Plaintiff,

_____
Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

Certificate of Service

I, Joel Pentlarge, certify under the pains and penalties of perjury that I have served all the defendants with the foregoing assent by DOC mail.

December 14, 2004

_____
Joel Pentlarge