UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30177 KPN

**JOEL PENTLARGE,**
    **Plaintiff,**

v.

**Robert Murphy, et al.,**
    **Defendants.**

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Deborah O'Donnell and Natalya Pushkina, employees of Forensic Health Services, Incorporated (collectively, the "FHS Defendants").

        Respectfully submitted,
        Deborah O'Donnell and Natalya Pushkina

        By their attorney,

        _____
        Kevin W. Mulvey, Counsel (BBO# 642914)
        Mulvey & Sneider, LLP
        1622A Beacon Street, Brookline, MA 02446
        617-278-1881 Ext. 2
        617-278-1888 (Fax)

Dated: December 27, 2004

### Certificate of Service

I hereby certify that a copy of the within document was sent via first class mail to the pro se plaintiff, Joel Pentlarge at the Nemansket Correctional Facility, 30 Administration Road, Bridgewater, MA 02324.

        _____
        Kevin W. Mulvey

Dated: December 27, 2004