UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30177 KPN

JOEL PENTLARGE,
    Plaintiff,

v.

Robert Murphy, et al.,
    Defendants.

## MOTION TO TRANSFER OF DEFENDANTS
## DEBORAH O'DONNELL AND NATAYLA PUSHKINA

Pursuant to Local Rule 40.1(F), defendants Deborah O'Donnell and Natalya Pushkina ("Defendants") hereby request that this Court transfer this action to the Eastern Division of the United States District Court sitting in Boston. For the following reasons, good cause exists to transfer this case to the Eastern Division:

1. Local Rule 40.1(C), (D) provides for the assignment of certain cases to the Western Division (sitting in Springfield) under certain circumstances, none of which is applicable here. The parties are not located in the Western Division.

2. In the complaint for the above-titled case, the plaintiff admits that he "is a civilly committed prisoner who is being held at the Nemansket Correctional Center…" Complaint, ¶ 1. In the signature block, the plaintiff lists his return address as "Nemansket Correctional Center, 30 Administration Road, Bridgewater, MA 02324." Complaint, p. 27. While the plaintiff also claims that he

"resides at 10 Prospect Street, Ware, Hampshire County, Massachusetts," Complaint ¶ 3, that is not the case. Pursuant to M.G.L. c. 1-2, 12-16, a person civilly committed is sent to the Nemansket Correctional Center, also known as the Massachusetts Treatment Center, for a minimum of one day to a maximum of his natural life. A person civilly committed is to remain at the Nemansket Correctional Facility until discharged pursuant to MG.L. c. 123A § 9. To this date the plaintiff has not been discharges from the Nemansket Correctional Facility.

3. The plaintiff's various claims arise from his sexually dangerous person commitment to the Nemansket Correctional Facility which is located in Bridgewater, Massachusetts. Bridgewater is part of Plymouth County, which is in the Eastern Division. See Local Rule 40.1 (C)(1). He broadly challenges the conditions of his confinement at the Nemansket Correctional Facility.

4. Robert Murphy is the Superintendent of the Nemansket Correctional facility, with an office located in Bridgewater, Massachusetts. Complaint, ¶ 4. Kathleen Dennehy is the Commissioner of the Department of Correction ("DOC"). Complaint, ¶ 5. The Commissioner's office, which is located at DOC's central headquarters, is in Milford, Massachusetts. Complaint, ¶ 5. Milford is part or Worcester County, which is in the Central Division. See Local Rule 40.1(C)(2). Deborah

O'Donnell and Natalya Pushkina are employees of Forensic Health Services in Braintree, Norfolk County Massachusetts and they work at the Nemansket Correctional Facility in Bridgewater, Massachusetts. See Amended Complaint, ¶¶96, 97. Braintree, is part of Norfolk County, which is in the Eastern Division. See Local Rule 40.1(C)(2).

5. This action has no connection to the Western Division. With that fact in mind, the filing of this action in the Western Division does not advance judicial economy and will waste the Court's and the defendant's resources.

WHEREFORE, defendants Deborah O'Donnell and Natalya Pushkina respectfully request that this Court transfer this action to the Eastern Division of the United States District Court for the District of Massachusetts.

Respectfully submitted,
Deborah O'Donnell and Natalya Pushkina

By their attorney,

_Kevin W. Mulvey_
Kevin W. Mulvey, Counsel (BBO# 642914)
Mulvey & Sneider, LLP
1622A Beacon Street, Brookline, MA 02446
617-278-1881 Ext. 2
617-278-1888 (Fax)

Dated: December 27, 2004

## Certificate of Service

    I hereby certify that a copy of the within document was sent via first class mail to the pro se plaintiff, Joel Pentlarge at the Nemansket Correctional Facility, 30 Administration Road, Bridgewater, MA 02324.

                                              Kevin W. Mulvey

Dated: December 27, 2004