UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred        X

 Joel Pentlarge

                    V.                                        CA No.  04-30177-PBS

 Robert Murphy, et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Dein  for the following proceedings:

(A)    **X**    Referred for full pretrial case management, including all dispositive motions.

(B)         Referred for full pretrial case management, not including dispositive motions:

(C)         Referred for discovery purposes only.

(D)         Referred for Report and Recommendation on:

            ( ) Motion(s) for injunctive relief
            ( ) Motion(s) for judgment on the pleadings
            ( ) Motion(s) for summary judgment
            ( ) Motion(s) to permit maintenance of a class action
            ( ) Motion(s) to suppress evidence
            ( ) Motion(s) to dismiss
            ( ) Post Conviction Proceedings[1]
             See Documents Numbered:  _____

(E)    **X**    Case referred for events only.  See Doc. No(s).  35 Motion to Extend Time, 37 Motion to Extend Time. 38 Motion for a Procedural Order.

(F)         Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
            ( ) In accordance with Rule 53, F.R.Civ.P.
            ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)         Special Instructions:  _____

            _____

 January 20, 2005                                 By:     /s/ Robert C. Alba
Date                                                    Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]    See reverse side of order for instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred        X

 Joel Pentlarge 

                    V.                                          CA No.  04-30177-PBS  

 Robert Murphy, et al 

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Dein</u>  for the following proceedings:

(A)      **X**        Referred for full pretrial case management, including all dispositive motions.

(B)              Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)              Referred for discovery purposes only.

(D)              Referred for Report and Recommendation on:

                    (  ) Motion(s) for injunctive relief
                    (  ) Motion(s) for judgment on the pleadings
                    (  ) Motion(s) for summary judgment
                    (  ) Motion(s) to permit maintenance of a class action
                    (  ) Motion(s) to suppress evidence
                    (  ) Motion(s) to dismiss
                    (  ) Post Conviction Proceedings[1]
                     See Documents Numbered:  _____

(E)      **X**        Case referred for events only.  See Doc. No(s).  <u>35 Motion to Extend Time, 37 Motion to Extend Time. 38 Motion for a Procedural Order. </u>

(F)              Case referred for settlement.

(G)              Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                    (  ) In accordance with Rule 53, F.R.Civ.P.
                    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)              Special Instructions:  _____

                    _____


 January 20, 2005                                By:      /s/ Robert C. Alba 
Date                                                      Deputy Clerk

**(Order of Reference - 05/2003)**

---

        [1]     See reverse side of order for instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred          X

 Joel Pentlarge

                    V.                                      CA No.  04-30177-PBS

 Robert Murphy, et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Dein</u>  for the following proceedings:

(A)     **X**     Referred for full pretrial case management, including all dispositive motions.

(B)             Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)             Referred for discovery purposes only.

(D)             Referred for Report and Recommendation on:

            ( ) Motion(s) for injunctive relief
            ( ) Motion(s) for judgment on the pleadings
            ( ) Motion(s) for summary judgment
            ( ) Motion(s) to permit maintenance of a class action
            ( ) Motion(s) to suppress evidence
            ( ) Motion(s) to dismiss
            ( ) Post Conviction Proceedings[1]
             See Documents Numbered:  _____

(E)     **X**     Case referred for events only.  See Doc. No(s).  35 Motion to Extend Time, 37 Motion to Extend Time. 38 Motion for a Procedural Order.

(F)             Case referred for settlement.

(G)             Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
            ( ) In accordance with Rule 53, F.R.Civ.P.
            ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)             Special Instructions:  _____

            _____

 January 20, 2005                              By:      /s/ Robert C. Alba
Date                                                    Deputy Clerk

**(Order of Reference - 05/2003)**

_____

[1]      See reverse side of order for instructions