January 20, 2005

Joel Pentlarge
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

Christine Patch, Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

```
                              FILED
                        IN CLERKS OFFICE

                        2005 JAN 27  P 2: 03

                        U.S. DISTRICT COURT
                         DISTRICT OF MASS.
```

Re: Pentlarge v. Murphy, et al.,
    Docket No. 04-30177

Dear Ms. Patch:

    On January 12, 2005 I mailed to you a Motion for a Preliminary Injunction regarding typewriter ribbons. Today Superintendent Murphy delivered to me 5 typewriter ribbons, and agreed that in the future I may order 10 ribbons at a time. Because of the Superintendent's cooperation the motion which I filed for a preliminary injunction regarding typewriter ribbons is moot. Please allow me to withdraw it.

    I have previously filed another motion for preliminary injunction regarding numerous other conditions here at Nemansket Correctional Center, including a leaking roof, over crowding of cells which are only big enough for one person, and many conditions which are more restrictive than prison, and which are therefore presumed to be punitive. I would like to schedule a hearing on these motions at the court's earliest convenience.

    Thank you for your cooperation in this matter.

Very truly yours,

Joel Pentlarge

cc: Attorney Mary Murray
    Superintendent Robert Murphy
    Attorney Harry Miles
    Attorney John Swomley
    Attorney William Newman