UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-30177-PBS

**JOEL PENTLARGE,**
   **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
   **Defendants.**

## MOTION OF DEFENDANTS THE MASSACUSETTS DEPARTMENT OF CORRECTION, ROBERT MURPHY AND KATHLEEN DENNEHY TO DISMISS THE COMPLAINT, SUPPLEMENTAL COMPLAINT AND SECOND SUPPLEMENTAL COMPLAINT

  Pursuant to Fed. R. Civ. P. 12(b)(6), defendants, Massachusetts Department of Correction ("DOC"), Robert Murphy and Kathleen Dennehy, move to dismiss the Complaint, the Supplemental Complaint and the Second Supplemental Complaint. The grounds for this motion are stated in the accompanying memorandum of law.

              Defendants Massachusetts Department of
              Correction, Robert Murphy and Kathleen
              Dennehy,

              NANCY ANKERS WHITE
              Special Assistant Attorney General

              /s/ Mary P. Murray
      By: Mary P. Murray, Counsel  (BBO # 555215)
              Department of Correction
              Massachusetts Treatment Center
              30 Administration Road
              Bridgewater, Massachusetts 02324
              (508) 279-8184
              (508) 279-8181 (fax)
              MPMurray@DOC.state.ma.us

Dated:  March 1, 2005

Certificate of Service

      I hereby certify that I caused a copy of the within document to be served as follows: (1) *Pro Se* Plaintiff Joel Pentlarge, by intra-facility mail, Massachusetts Treatment Center 30 Administration Road, Bridgewater, MA  02324

&

(2) Defendants Natalyia Pushkina and Debra O'Donnell, by first class mail, postage pre-paid upon their counsel of record, Kevin Mulvey, Esquire, Mulvey & Sneider, LLP, 1622A Beacon Street, Brookline, MA  02446-2201.

      /s/ Mary P. Murray
      Mary P. Murray

Dated:  March 1, 2005