UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30177-PBS

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

### PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS OF THE DEFENDANTS MURPHY, DENNEHY AND THE DOC

The plaintiff Joel Pentlarge opposes the motion of the defendants Murphy, Dennehy and the Massachusetts Department of Correction to dismiss this action pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim. The plaintiff has stated a claim for relief. The plaintiff will file a memorandum of law in support of this opposition in such further time as the court allows.

Joel Pentlarge, Plaintiff

Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

### Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing opposition by first class mail postage prepaid on Attorney Kevin W. Mulvey, 1622A Beacon St., Brookline, MA 02446-2201, and on Attorney Mary Murray by DOC mail.

March 5, 2005

Joel Pentlarge