United States District Court
For The
District of Massachusetts

Civil Action No. 04-30177-PBS

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

### PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS OF THE DEFENDANTS PUSHKINA AND O'DONNELL

The plaintiff Joel Pentlarge opposes the motion to dismiss of the defendants Natalya Pushkina and Debra O'Donnell. The plaintiff will file a memorandum of law with his reasons for this opposition in such time as the court allows.

Joel Pentlarge, Plaintiff

_____
Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing opposition on Mary Murray by DOC mail and on Attorney Kevin W. Mulvey, 1622A Beacon St., Brookline, MA 02446-2201 by first class mail postage prepaid.

March   , 2005

_____
Joel Pentlarge