UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30177-PBS

JOEL PENTLARGE,

     Plaintiff,

vs.

ROBERT MURPHY, ET AL.,

     Defendants.

PLAINTIFF'S MOTION
FOR FURTHER EXTENSION OF TIME
TO FILE A MEMORANDUM OPPOSING ALL OF THE MOTIONS TO DISMISS

    The plaintiff moves for a further extension of time to May 20, 2005 to file a memorandum of law opposing the motions of all of the defendants to dismiss the complaint pursuant to F.R.C.P. Rule 12(b)(6).

    For the past week the law library here at the Nemansket Correctional Center has been closed for inventory. The entire facility will be locked down for one afternoon this week for "Officer Appreciate Day" commemorating the murders of Officers Souza and Baranowski by a prisoner trying to escape in 1972. The plaintiff has completed an 86 page first draft of this memorandum and is now working on a second draft which has condensed 50 pages down to 26 on the assumption that "brevity is the soul of advocacy." The plaintiff hopes to complete this on or before May 6, but given the unpredictableness of life in prison, the plaintiff requests that the time for filing the memorandum be extended by an additional two weeks to May 20.

                                      Respectfully submitted,

Joel Pentlarge, Plaintiff,

_____
Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

Verification

I, Joel Pentlarge, state under the pains and penalties of perjury that all of the facts stated in the foregoing motion are true.

May 3, 2005                    _____
                               Joel Pentlarge

Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing motion on Attorney Mary Murray by DOC mail and on Attorney Kevin Mulvey, 1622A Beacon Street, Brookline, MA 02446-2201 by first class mail postage prepaid.

May 4, 2005                    _____
                               Joel Pentlarge