```
              UNITED STATES DISTRICT COURT
                        FOR THE
                DISTRICT OF MASSACHUSETTS
```

                                           C.A. No. 04-30177-PBS

JOEL PENTLARGE,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

PLAINTIFF'S MOTION FOR
LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

The plaintiff, Joel Pentlarge, moves for leave to file a memorandum of law in excess of twenty pages in support of the Plaintiff's Opposition to the Motions of All of the Defendants to Dismiss this action pursuant to F.R.C.P. 12(B)(6). The plaintiff makes this motion to file a memorandum in excess of twenty pages pursuant to Local Rule 7.1(B)(4).

This memorandum addresses two separate motions to dismiss: one by the Department of Correction (DOC), the Commissioner of the DOC and the Superintendent of the Nemansket Correctional Center, and the second by the defendants Pushkina and O'Donnell. The court has already allowed the DOC defendants to file a memorandum in excess of twenty pages in support of their motion to dismiss. As the DOC defendants point out the complaint is legnthy. In 12 counts it alleges a number of different violations of the plaintiffs civil rights. In order to adequately present the legal basis for the relief that the plaintiff is requesting it is necessary to exceed the twenty pages.

Respectfully submitted,

Joel Pentlarge, Plaintiff,

*/s/ Joel Pentlarge*
Joel Pentlarge, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324
Telephone (413) 967-3453

Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that I have served a copy of the foregoing motion on Attorney Mary Murray, Nemanskect Correctional Center 30 Administration Rd., Bridgewater, MA by DOC mail and Attorney Kevin Mulvey, 1622A Beacon St., Brookline, MA 02446-2201 by first class maile postage prepaid.

May 11, 2005                                    */s/ Joel Pentlarge*
                                                Joel Pentlarge