UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------X

| | |
|---|---|
| JOEL PENTLARGE, : | |
|     Plaintiff : | |
| | |
| v. : | CIVIL ACTION NO. 04-30177-PBS |
| | |
| ROBERT MURPHY, et al. : | |
|     Defendants : | |

---------------------------------------------------X

## NOTICE OF APPEARANCE

    I, John G. Swomley, hereby enter a notice of appearance on behalf of Joel Pentlarge, plaintiff in the above-captioned matter.


Dated: June 3, 2005
                                                       Respectfully submitted,
                                                       By his attorney:

                                                          s/John G. Swomley

                                                    John G. Swomley, BBO# 551450
                                                    Swomley & Associates
                                                    227 Lewis Wharf
                                                    Boston, MA 02110
                                                    Tel. 617-227-9443


## CERTIFICATE OF SERVICE

    I, John G. Swomley, hereby certify that on the 3rd day of June, 2005, I caused a copy of the foregoing to be served by Fedex on defendants' attorney, Mary P. Murray, Counsel, Department of Correction, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324.

                                                                                  /s John G. Swomley

                                                                                  John G. Swomley