UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-30177-PBS

**JOEL PENTLARGE,**
       **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
       **Defendants.**

## MOTION OF DEFENDANTS ROBERT MURPHY AND KATHLEEN DENNEHY TO DISMISS THE THIRD SUPPLEMENTAL COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants, Robert Murphy and Kathleen Dennehy, move to dismiss the Third Supplemental Complaint. The grounds for this motion are stated in the accompanying memorandum of law.

          Defendants Massachusetts Department of Correction, Robert Murphy and Kathleen Dennehy,

          NANCY ANKERS WHITE
          Special Assistant Attorney General

          /s/ Mary P. Murray
By:   Mary P. Murray, Counsel  (BBO # 555215)
       Department of Correction
       Massachusetts Treatment Center
       30 Administration Road
       Bridgewater, Massachusetts 02324
       (508) 279-8184
       (508) 279-8181 (fax)
       MPMurray@DOC.state.ma.us

Dated:  July 29, 2005

Certificate of Service

I hereby certify that I caused a copy of the within document to be served as follows:
(1) Plaintiff Joel Pentlarge, by first class mail, postage pre-paid, upon his counsel of record, John Swomley, Swomley & Associates, 227 Lewis Wharf, Boston, MA 02110-3927;

&

(2) Defendants Natalyia Pushkina and Debra O'Donnell, by first class mail, postage pre-paid upon their counsel of record, Kevin Mulvey, Esquire, Mulvey & Sneider, LLP, 1622A Beacon Street, Brookline, MA  02446-2201.

      /s/ Mary P. Murray
      Mary P. Murray

Dated:  July 29, 2005