UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X

| | |
|---|---|
| JOEL PENTLARGE, : | |
|     Plaintiff : | |
| | |
| v. : | CIVIL ACTION NO. 04-30177-PBS |
| | |
| ROBERT MURPHY, et al. : | |
|     Defendants : | |

-------------------------------------------------------X

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS ROBERT MURPHY AND KATHLEEN DENNEHY'S MOTION TO
DISMISS THE THIRD SUPPLEMENTAL COMPLAINT**

Plaintiff, Joel Pentlarge, hereby requests that the Court extend the time for him to respond to Defendants Robert Murphy and Kathleen Dennehy's Motion to Dismiss the Third Supplemental Complaint until August 26, 2005.  As grounds for this motion, plaintiff states that the additional time is needed due to the fact that his lead counsel, John G. Swomley, is currently out of town and will not be returning to the Commonwealth until August 17, 2005.  Accordingly, plaintiff respectfully requests this Court allow him until August 26, 2005 to respond to Defendants Robert Murphy and Kathleen Dennehy's Motion to Dismiss the Third Supplemental Complaint.

<u>Certificate Pursuant to Local Rule 7.1</u>

On August 6, 2005, undersigned counsel's associate, Devon Hincapie, left a voicemail message for Defendants' counsel, Mary Murray, requesting her assent to this motion.  Ms. Murray returned the call that afternoon, leaving a message indicating she assented to this motion.  On August 9, 2005, Ms. Hincapie spoke directly with Kevin Mulvey, counsel for defendants Pushkina and O'Donnell.  Attorney Mulvey also assented to this motion.

        Respectfully submitted,
        By his attorney,


        /s/ John G. Swomley
        John G. Swomley, BBO # 551450
        Swomley & Associates
        227 Lewis Wharf
        Boston, MA 02110
        Tel. 617-227-9443
        Fax. 617-227-8059
        jswomley@swomleylaw.com

Dated: August 9, 2005