UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------X

| | |
|---|---|
| JOEL PENTLARGE, | : |
|     Plaintiff | : |
| | |
| v. | :    CIVIL ACTION NO. 04-30177-PBS |
| | |
| ROBERT MURPHY, et al. | : |
|     Defendants | : |

---------------------------------------------------X

## PLAINTIFF'S OPPOSITION TO DEFENDANTS ROBERT MURPHY AND KATHLEEN DENNEHY'S MOTION TO DISMISS THIRD SUPPLEMENTAL COMPLAINT

Defendants Robert Murphy and Kathleen Dennehy have moved this Honorable Court to dismiss plaintiff's Third Supplemental Complaint on the grounds that plaintiff's allegations contained therein fail to state a claim against Superintendent Murphy and Commissioner Dennehy (collectively, the "DOC Defendants") for interference with mail because: (1) exclusion of the e-mailed material does not violate plaintiff's constitutional rights; (2) DOC Defendants are entitled to the protection of qualified immunity; and (3) no violation of the mail regulations has occurred. Plaintiff hereby opposes the dismissal of his Third Supplemental Complaint relating to the DOC Defendants for the reasons stated in his original memorandum of law in opposition to the motions to dismiss of all the defendants, submitted on May 20, 2005, and for the additional reasons stated in the accompanying memorandum of law.

Dated:                                      Respectfully submitted,
                                            By his attorney:

                                            /s/ John G. Swomley
                                            _____
                                            John G. Swomley, BBO # 551450
                                            Swomley & Associates
                                            227 Lewis Wharf
                                            Boston, MA 02110
                                            Tel. 617-227-9443
                                            Fax. 617-227-8059
                                            jswomley@swomleylaw.com


Certificate of Service

     I hereby certify that I caused a copy of the within document to be served by first class mail, postage pre-paid as follows: (1) Mary P. Murray, counsel for Defendants Massachusetts Department of Correction, Kathleen Dennehy and Robert Murphy, 30 Administration Road, Bridgewater, MA 02324; and (2) Kevin Mulvey, counsel for defendants Pushkina and O'Donnell, Mulvey & Sneider, LLP, 1622A Beacon Street, Brookline, MA 02446-2201.

                                            /s/ Danielle Andreasi
                                            Danielle Andreasi


Dated: