UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X

JOEL PENTLARGE,                                 :
    Plaintiff                                          :

v.                                              :     CIVIL ACTION NO. 04-30177-PBS

ROBERT MURPHY, et al.                           :
    Defendants                                        :

-------------------------------------------------------X

## MOTION TO CONTINUE (ASSENTED TO)

    The plaintiff hereby moves this Honorable Court to continue the motions hearing currently scheduled for Friday, September 9, 2005, to September 28, 2005.  As reasons therefore, plaintiff states that his counsel, John G. Swomley, is presently in trial in Suffolk Superior Court in the case of <u>Donald Beek v. Commonwealth</u>, Docket No. 02-01412 and expects the trial to last through next week.  Defense counsel has assented to this motion.  An affidavit in support is attached hereto.

| | |
|---|---|
| Date:   9.8.05 | Respectfully submitted,<br>By His Attorney: |
| /s/ Mary Murray | /s/ John G. Swomley |
| Mary Murray, BBO #555215<br>Department of Correction<br>Massachusetts Treatment Center<br>30 Administration Road<br>Bridgewater, MA 02324<br>(508) 279-8184 | John G. Swomley, BBO # 551450<br>Swomley & Associates<br>227 Lewis Wharf<br>Boston, MA 02110<br>(617) 227-9443 |

/s/ Kevin Mulvey

Kevin Mulvey
Mulvey & Sneider, LLP
1622A Beacon Street
Brookline, MA 02446