UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X

JOEL PENTLARGE, :
    Plaintiff :

v. : CIVIL ACTION NO. 04-30177-PBS

ROBERT MURPHY, et al. :
    Defendants :

-------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S (ASSENTED TO) MOTION TO CONTINUE

    I, John G. Swomley, hereby state that the following is true to the best of my belief and knowledge:

1. I am the attorney for the above named plaintiff.

2. On Friday, September 9, 2005, I will be in trial in Suffolk Superior Court for <u>Donald Beek v. Commonwealth</u>, Docket No. 02-01412.

3. I have obtained the defense counsel's assent to this motion.

Signed under the pains and penalties of perjury this 8th day of September, 2005.

                                                   /s/ John G. Swomley

                                                 John G. Swomley