UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEL PENTLARGE,           )
                           )
         Plaintiff,      )
v.                )       CIVIL ACTION
                           )       NO. 04-30177-PBS
ROBERT MURPHY, et al.,    )
                           )
        Defendants.    )

## ORDER

The parties are to attempt to resolve the issues relating to the plaintiff's ability to phone his attorneys (¶ 8) which have arisen as a result of conflicts in services provided by different phone carriers.  The plaintiff shall file a joint status report on this issue by October 19, 2005.

The plaintiff objects that legal materials sent to him by third parties (i.e., not counsel and not the official publisher of material) is not being delivered.  (See ¶ 3).  The preliminary injunction requesting that the court order the immediate delivery of such material is denied, as the plaintiff has failed to establish that he will suffer irreparable harm if the order is not entered.  The plaintiff may obtain such materials from his counsel.

Other elements of the Plaintiff's Motion for Preliminary Injunction (Docket No. 6) are withdrawn without prejudice.

                                     / s / Judith Gail Dein
                                  Judith Gail Dein
                                  United States Magistrate Judge

DATED:  September 28, 2005