UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY M. HEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 01-11099-NG |
| ROBERT MURPHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| and | ) | |
| | ) | |
| JOEL PENTLARGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-30177-PBS |
| ROBERT MURPHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After consideration of the relevant pleadings and arguments of counsel, the Motion to Consolidate Cases (Docket No. 78 in Case No. 01-11099-NG; and Docket No. 71 in Case No. 04-30177-PBS) is ALLOWED, provided that any party may move to sever the cases for trial if appropriate. Based on the present record, this court finds that there are common issues of law and fact, and that consolidation will be more efficient and serve the interests of justice. Moreover, the defendants have not shown "demonstrable prejudice" by consolidation. See Seguro de Servicio de Salud de Puerto Rico v. McAuto Sys. Group, Inc., 878 F.2d 5, 8 (1st Cir. 1989).

                                                            / s / Judith Gail Dein
                                                          Judith Gail Dein
                                                          United States Magistrate Judge

DATED: September 28, 2005