UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-30177-NG
Consolidated with
CIVIL ACTION NO. 2001-11099-NG

JOEL PENTLARGE, and
EDWARD GIVEN,
          Plaintiffs,

v.

ROBERT MURPHY, *et al*,
          Defendants.

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendants, Robert Murphy, Kathleen Dennehy and the Massachusetts Department of Correction, by and through undersigned counsel, and hereby move this honorable Court to enlarge the time for filing a Status Report, up to and including November 17, 2006. As grounds therefor, the defendants state the following:

1. The defendants' lead counsel, Mary Murray, is the Supervising Counsel at the Massachusetts Treatment Center. Attorney Murray is on an extended leave, which began on June 26, 2006. The undersigned is currently the Acting Supervising Counsel. In that capacity, I am supervising three attorneys and support staff, monitoring attorney Murray's case load, and managing my own caseload. Due to inadvertence, I was not provided with the order requiring a status report be filed on or before October 23, 2006, until today.

2. As attorney Murray has been the sole attorney representing the defendants, I do not have a familiarity with this case. The additional time is necessary for me to familiarize myself with the pleadings and issues in this case and to confer with attorney Murray and plaintiff's counsel so that a meaningful report may be filed.

3. I spoke by telephone with plaintiff's counsel, Harry Miles, today, and he has assented to an enlargement of time to file the status report.

                Respectfully Submitted
                by the Commonwealth

                NANCY ANKERS WHITE
                Special Assistant Attorney General

by: /s/ Brian P. Mansfield
Brian P. Mansfield, Counsel
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8180

Dated: October 30, 2006      BBO Number 564671

## CERTIFICATE OF SERVICE

I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff's counsel by first-class mail.

                /s/ Brain P. Mansfield
Dated: October 30, 2006      Brian P. Mansfield