UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
    Plaintiff

v                                                  Docket #01-11099NG

ROBERT MURPHY, et al.,
    Defendants
and
JOEL PENTLARGE, and
EDWARD GIVEN,
    Plaintiffs

v                                                  Docket #04-30177NG

ROBERT MURPHY, et al.,
    Defendants

**Pro Se PLAINTIFF'S MOTION TO
HAVE ACCESS TO CO-PLAINTIFFS**

Now comes the pro se PLaintiff, Edward Given in the above-entitled matter who respectfully moves this Honorable Court to issue an order requiring the Defendants to allow the pro se Plaintiff to have access to and from the his Co-Plaintiffs in this case.

1.    Allow the pro se Plaintiff to recieve incoming telephone calls from his Co-Plaintiff Joel Pentlarge.

2.    Provide a fax or email address for the pro se Plaintiff that will recieve non-privledged comunications which will be promptly delivered to the pro se Plaintiff.

3.    Allow the Co-Plaintiff Joel Pentlarge to visit the pro se Plaintiff to confer, and review pleadings and to obtain any needed signatures on joint pleadings.

4.    Allow pro se plaintiff to visit Co-Plaintiff Jeffery M. Healy on his housing unit to confer and review any upcoming pleadings.

5.    Allow the pro se Plaintiff to include his Co-Plaintiff Joel Pentlarge's telephone number on his privledged comunications list (Attorney's List), so to provide a secure means of conversation **without** the Defendants having the ability to listen to or record their conversations.

   **WHEREFORE**, for the above stated reasons, the pro se Plaintiff prays that this Honorable Court will grant his motion for visitation between Co-Plaintiffs and Confidential Telephone Communications between Co-Plaintiffs. By allowing this motion the court would be safeguarding the Co-Plaintiff's rights, and would be ensuring that the best interest of justice was served.

Respectfully Submitted,

Edward Given, pro se
30 Administration RD
Bridgewater MA 02324

Date: 5-5-08

## CERTIFICATE OF SERVICE

   I, Edward Given do hereby certify that I served a copy of this motion for access on the defense counsel Mary Murray via intrafacility mail on this date: 5-5-08