UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY M HEALEY,
    Plaintiff

v                                                             Docket #01-11099NG

ROBERT MURPHY, et al.,
    Defendants
and
JOEL PENTLARGE, and
EDWARD GIVEN,
    Plaintiffs

v                                                             Docket #04-31077NG

ROBERT MURPHY, et al.,
    Defendants

PLAINTIFF'S MOTION TO
AMEND COMPLAINT

    Now comes the pro se Plaintiff, Edward Given who respectfully moves this Honorable Court to grant this motion and amend the complaint with addition of the new Department of Correction Commissioner, Harold Clarke as a Defendant. In support thereof the pro se Plaintiff states:

1.    That where Mr Clarke has taken over the day to day operations of the Department of Correction he is directly responsible for the conditions which the pro se Plaintiff is forced to live in each day.

    WHEREFORE, the pro se Plaintiff prays this Honorable

Court will grant this his motion to include Harold Clarke, Commissioner of Correction as a defendant in the above-entitled matter.

Respectfully Submitted,

*Edward Given*

Edward Given, pro se            Date: 5-5-08

30 Administration RD

Bridgewater MA 02324

## CERTIFICATE OF SERVICE

I Edward Given, do hereby cetify that I served a copy of the motion to Amend Complaint upon the defense counsel Mary Murray via intrfacility mail on this date: 5-5-08

*Edward Given*

Edward Given, pro se

Edward Given
30 Administration Rd
Bridgewater MA 02324

May 3,2008

Attorney Harry Miles
77 Pleasant ST
Northampton MA 01061

Dear Harry,
    Enclosed are the motion for class certification and amend complaint to insculde Harold Clarke that we discussed on Thursday, and a motion for storage space.
    If there is anything else I can do please let me know.