UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
          PLAINTIFF

v                                    DOCKET #01-11099NG

ROBERT MURPHY, et al.,
          DEFENDANTS
and
JOEL PENTLARGE, and
EDWARD GIVEN,
          PLAINTIFFS

v                                    DOCKET #04-30177NG

ROBERT MURPHY, et al.,
          DEFENDANTS

PRO SE PLAINTIFF'S MOTION FOR
WRIT OF HABEAS CORPUS
·AD TESTIFICADUM

Now comes the pro se Plaintiff,
Edward Given, (Plaintiff) in the
above-entitled matter who
respectfully moves this

Honorable Court to issue a Writ of Habeas Corpus requiring that Robert Murphy the Superintendent of the Nemansket Correctional Center is to make arrangements to bring the Plaintiff before the Court on the date of September 9, 2008, for the purpose of a Hearing and Oral Arguments. In support thereof, the Plaintiff hereby states:

1)    That the Plaintiff is incarcerated at the Nemansket Correctional Center in Bridgewater Massachusetts.

2)    That the Plaintiff is in the Direct Custody of Robert Murphy as the Superintendent of the facility.

3)    That this case depends largely on the Plaintiff's presence at this Hearing so

that he is able to manage the presentation and argument of this case.

Wherefore, for the above stated facts the Plaintiff prays that this Honorable Court will grant this motion, and issue an order for Superintendent Robert Murphy to deliver the Plaintiff to this Court on September 9, 2008.

Respectfully Submitted,

Edward Given

EDWARD GIVEN, pro se
30 ADMINISTRATION RD
BRIDGEWATER MA 02324

CERTIFICATE OF SERVICE

I, Edward Given, do hereby certify that I served a true copy of the Motion for Writ of Habeas Corpus on defense counsel via intrafacility mail on this date:

Edward Given
EDWARD GIVEN, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

     Plaintiffs

v

ROBERT MURPHY, et al.,

     Defendants

Docket #01-11099NG

Docket #04-30177NG

AFFIDAVIT OF ERNEST MACLOON

I, Ernest Macloon, do hereby declare and state:

1.    I, Ernest Macloon, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount of documention relating to the above-entitled litigation and that storing this amount of documents in the pro se Plainitff's cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

I, Ernest Macloon, do hereby declare and state the above facts are true to the best of my personal knowledge.

_E. Macloon_

Ernest Macloon

30 Administration Rd

Bridgewater MA 02324

Dated: 7-7-08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                      Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                      Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF KELVIN HOLLEY

I, Kelvin Holley, do hereby declare and state:

1.     I, Kelvin Holley, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Kelvin Holley, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Kelvin Holley

Kelvin Holley                  Dated: 7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF BRIAN HOOKE

I, Brian Hooke, do hereby declare and state:

1.    I, Brian Hooke, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Brian Hooke, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Brian Hooke

Brian Hooke                          Dated:  7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF JOSEPH COPAGE

I, Joseph Copage, do hereby declare and state:

1.    I, Joseph Copage, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Joseph Copage, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Joseph Copage                              Dated: 02/02/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

        Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF STEVEN BOUCHER

I, Steven Boucher, do hereby declare and state:

1.    I, Steven Boucher, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Steven Boucher, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*Steven Boucher*

Steven Boucher                        Dated: 7/7/05
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

          Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants


AFFIDAVIT OF ERNEST HOSIE

I, Ernest Hosie, do hereby declare and state:

1.    I, Ernest Hosie, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Ernest Hosie, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Ernest Hosie                            Dated: 7 - 7 - 08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                            Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                            Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF JOSEPH MOORE

I, Joseph Moore, do hereby declare and state:

1.    I, Joseph Moore, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount of documention relating to the above-entitled litigation and that storing this amount of documents in the pro se Plainitff's cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

    I, Joseph Moore, do hereby declare and state the above facts are true to the best of my personal knowledge.

Joseph Moore

30 Administration Rd

Bridgewater MA 02324

Dated: 7/7/08

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                       Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF LOUIS DESOUSA

I, Louis Desousa, do hereby declare and state:

1.    I, Louis Desousa, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount of documention relating to the above-entitled litigation and that storing this amount of documents in the pro se Plainitff's cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

I, Louis Desousa, do hereby declare and state the above facts are true to the best of my personal knowledge.

Louis Desousa

30 Administration Rd

Bridgewater MA 02324

Dated: July 7 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

        Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF JOHN BRUDER

I, John Bruder, do hereby declare and state:

1.    I,  John  Bruder,  am  incarcerated  at  the  Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

      I, John Bruder, do hereby declare and state the above facts
are true to the best of my personal knowledge.

John L. Bruder
John Bruder                              Dated:  7/7/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                     Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                     Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF CARLIN SEWARD

I, Carlin Seward, do hereby declare and state:

1.    I, Carlin Seward, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the poe se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Carlin Seward, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Carlin Seward                    Dated; 7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                           Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                           Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants


AFFIDAVIT OF EDWARD PIERCE

I, Edward Pierce, do hereby declare and state:

1.     I, Edward Pierce, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Edward Pierce, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*Edward Pierce*

Edward Pierce                          Dated:
30 Administration Rd
Bridgewater MA 02324                   7 - 7 - C 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

          Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants


AFFIDAVIT OF DENNIS QUINTAL

I, Dennis Quintal, do hereby declare and state:

1.    I, Dennis Quintal, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Dennis Quintal, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Dennis Quintal                           Dated:  7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

        Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF GERALD TOBIN

I, Gerald Tobin, do hereby declare and state:

1.      I, Gerald Tobin, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

        I, Gerald Tobin, do hereby declare and state the above
facts are true to the best of my personal knowledge.


Gerald Tobin                           Dated:  7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

        Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF BRUCE HATT

I, Bruce Hatt, do hereby declare and state:

1.      I, Bruce Hatt, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

        I, Bruce Hatt, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Bruce ) Hatt

Bruce Hatt                          Dated:  7/7/o5
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                                 Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                                 Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF ARON LYONS

I, Aron Lyons, do hereby declare and state:

1.    I, Aron Lyons, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Aron Lyons, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Aron Lyons                            Dated:  7/4/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v

Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v

Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF STEPHEN RICHMOND

I, Stephen Richmond, do hereby declare and state:

1.     I, Stephen Richmond, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Stephen Richmond, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Stephen Richmond

30 Administration Rd

Bridgewater MA 02324

Dated:  7/7/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants


AFFIDAVIT OF EUGENE RECTOR

I, Eugene Rector, do hereby declare and state:


1.    I, Eugene Rector, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Eugene Rector, do hereby declare and state  the above
facts are true to the best of my personal knowledge.

Eugene Rector

Eugene Rector                           Dated: 7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                   Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

     Plaintiffs

v                                   Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF MICHAEL COTE

I, Michael Cote, do hereby declare and state:

1.    I,  Michael  Cote,  am  incarcerated  at  the  Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount of  documention  relating  to  the  above-entitled  litigation  and that storing this amount of documents in the poe se Plainitff's cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff   being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

    I,  Michael  Cote,  do  hereby  declare  and  state  the  above facts are true to the best of my personal knowledge.

Michael Cote                 Dated;  7/7/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                                      Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

     Plaintiffs

v                                                      Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF JOSE PAGAN

I, Jose Pagan, do hereby declare and state:

1.    I, Jose Pagan, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Jose Pagan, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Jose Pagan

Jose Pagan                                    Dated: 7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                         Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                         Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

### AFFIDAVIT OF GARY ALVARADO

I, Gary Alvarado, do hereby declare and state:

1.     I, Gary Alvarado, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount of documention relating to the above-entitled litigation and that storing this amount of documents in the pro se Plainitff's cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

    I, Gary Alvarado, do hereby declare and state the above facts are true to the best of my personal knowledge.

*Gary Alvarado*

Gary Alvarado           Dated: 7-7-2008

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                                                       Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

     Plaintiffs

v                                                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF RUSSELL THIBODEAU

I, Russell Thibodeau, do hereby declare and state:

1.      I, Russell Thibodeau, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Russell Thibodeau, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Russell Thibodeau                                      Dated: 7- 7-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF RICHARD KIELISZEK

I, Richard Kieliszek, do hereby declare and state:

1.     I, Richard Kieliszek, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Richard Kieliszek, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Richard Kieliszek                              Dated: 7/2/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                                 Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                                 Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants


AFFIDAVIT OF WILLIAM BROUILLARD

I, William Brouillard, do hereby declare and state:

1.     I, William Brouillard, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

       I, William Brouillard, do hereby declare and state the
above facts are true to the best of my personal knowledge.

*William J. Brouillard*

William Brouillard                    Dated: 7/7/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants


AFFIDAVIT OF JAMES ANDERSON

I, James Anderson, do hereby declare and state:

1.     I, James Anderson, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, James Anderson, do hereby declare and state the above
facts are true to the best of my personal knowledge.

James Anderson                               Dated:  7 - 7 - 08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

            Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

            Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

            Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

            Defendants

AFFIDAVIT OF JAMES McHOUL

I, James McHoul, do hereby declare and state:

1.     I, James McHoul, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

      I, James McHoul, do hereby declare and state the above
facts are true to the best of my personal knowledge.

James McHoul

James McHoul                          Dated: 7-7-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                     Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

     Plaintiffs

v                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF MARCUS DEAMICIS

I, Marcus Deamicis, do hereby declare and state:

1.    I, Marcus Deamicis, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount of documention relating to the above-entitled litigation and that storing this amount of documents in the poe se Plainitff's cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff being the only resident on the B-2 housing unit to have a storage footlocker in the "Resource Room" for documents pertaining only to the above-entitled matter.

I, Marcus Deamicis, do hereby declare and state the above facts are true to the best of my personal knowledge.

Marcus Deamicis

30 Administration Rd

Bridgewater MA 02324

Dated:    7/7/08

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants


AFFIDAVIT OF GLEN SANTARPIO

I, Glen Santarpio, do hereby declare and state:

1.      I,  Glen  Santarpio,  am  incarcerated  at  the  Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of  documention  relating  to  the  above-entitled  litigation  and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Glen Santarpio, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Glen Santarpio                                 Dated: 7/7/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                   Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                                   Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF STEVEN REED

I, Steven Reed, do hereby declare and state:

1.    I, Steven Reed, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the poe se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Steven Reed, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Steven Reed                                 Dated: 7.7.08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                               Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                               Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF RAYMOND EDWARDS

I, Raymond Edwards, do hereby declare and state:

1.     I, Raymond Edwards, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Raymond Edwards, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Raymond Edwards                            Dated: 7- 7- 08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF JOHN DUTCHER

I, John Dutcher, do hereby declare and state:

1.     I,  John  Dutcher,  am  incarcerated  at  the  Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That I understand that there is an ever increasing amount
of  documention  relating  to  the  above-entitled  litigation  and
that storing this amount of documents in the poe se Plainitff's
cell may create a storage issue.

3.     That I would not object to the pro se Plaintiff   being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, John Dutcher, do hereby declare and state the above
facts are true to the best of my personal knowledge.

John Dutcher                            Dated:  7-7-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

          Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF PAUL HUTCHINS

I, Paul Hutchins, do hereby declare and state:

1.      I, Paul Hutchins, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Paul Hutchins, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*Paul Hutchins*

Paul Hutchins                        Dated:
30 Administration Rd                 7-7-08
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

     Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF DANA DUTEAU

I, Dana Duteau, do hereby declare and state:

1.      I, Dana Duteau, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Dana Duteau, do hereby declare and state the above facts
are true to the best of my personal knowledge.


Dana Duteau                          Dated:  7-7-08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF RICHARD RICHLIN

I, Richard Richlin, do hereby declare and state:

1.      I, Richard Richlin, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Richard Richlin, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Richard Richlin                                Dated: 7/7/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v

Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v

Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF JOSEPH SCHMITT

I, Joseph Schmitt, do hereby declare and state:

1.    I, Joseph Schmitt, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

     I, Joseph Schmitt, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Joseph Schmitt                          Dated: 7/7/2008

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
        Plaintiff

v                                            Docket #01-11099NG

ROBERT MURPHY, et al.,
        Defendants

and

JOEL PENTLARGE, and
EDWARD GIVEN,
        Plaintiffs

v                                            Docket #04-30177NG

ROBERT MURPHY, et al.,
        Defendants

AFFIDAVIT OF EDWARD NADEAU

I, Edward Nadeau, do hereby declare and state:

1.    I, Edward Nadeau, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documenion relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Edward Nadeau, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Edward Nadeau                                Dated: July 7, 08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                                     Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

     Plaintiffs

v                                                     Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF RICHARD MOSELEY

I, Richard Moseley, do hereby declare and state:

1.    I, Richard Moseley, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documenion relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

    I, Richard Moseley, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*Richard Moseley*

Richard Moseley                         Dated: 7-7-2008
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                       Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

        Plaintiffs

v                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF GEORGE CUTTER

I, George Cutter, do hereby declare and state:

1.      I, George Cutter, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.      That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, George Cutter, do hereby declare and state the above
facts are true to the best of my personal knowledge.

George Cutter

30 Administration Rd
Bridgewater MA 02324

Dated: 7-7-08

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF GERARD READY

I, Gerard Ready, do hereby declare and state:

1.    I, Gerard Ready, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That I understand that there is an ever increasing amount
of documention relating to the above-entitled litigation and
that storing this amount of documents in the pro se Plainitff's
cell may create a storage issue.

3.    That I would not object to the pro se Plaintiff  being
the only resident on the B-2 housing unit to have a storage
footlocker in the "Resource Room" for documents pertaining only
to the above-entitled matter.

I, Gerard Ready, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Gerard Ready                                         Dated: 7/7/08

30 Administration Rd

Bridgewater MA 02324