UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
        PLAINTIFF

v                                   DOCKET # 01-11099NG

ROBERT MURPHY, et al.,
        DEFENDANTS
and
JOEL PENTLARGE, and
EDWARD GIVEN,
        PLAINTIFFS

v                                   DOCKET # 04-30177NE

ROBERT MURPHY, et al.,
        DEFENDANTS


PRO SE PLAINTIFF'S MEMORANDUM
IN SUPPORT OF PRO SE PLAINTIFF'S
        MOTION FOR STORAGE
PURSUANT TO LOCAL RULE 7.1(B)(i)
FACTUAL BACKGROUND:

1)      The pro se Plaintiff is a

civilly committed citizen of the Commonwealth who is incarcerated at the Nemansket Correctional Center in Bridgewater.

2)    That as a civilly committed person he is in the direct custody of the Defendant Robert Murphy who is the Superintendent of the Nemansket Correctional Center.

3)    That on or about May 6, 2008 the pro se Plaintiff filed a similar motion entitled "Motion for Storage Space and Daily Access to Storage". (docket #175).

4)    That on ~~June~~ May 14, 2008 the Department of Correction staff removed all equipment and research/resource material from the "Resource Room" on the B-2

housing unit where the Plaintiff is housed.

5) That on June 6, 2008 Defense Counsel filed the Defendant's Opposition to Plaintiff's motion for Storage and daily access.

6) That on or about June 16, 2008 the pro se Plaintiff filed his Response to Defendant's Opposition with supporting affidavits.

7) That on June 23, 2008 Justice Dein Denied the Plaintiff's motion without prejudice.

ARGUMENT:

Due to the ever increasing number of documents within this litigation (well over 180 docketed) and the expected total to be much

greater, it will be impossible for the pro se Plaintiff to comply with the Prison Policy (EMPHASIS ADDED) of storing only one (1) cubic foot of legal material within his cell.

Due to the unpredictable staffing of the Property Department at the Nemansket Correctional Center, it is impossible to plan two (2) hours in advance, which makes the two (2) working days policy (see affidavit of Captian Sheila Smith #2) laughable.

The affidavit of Correction Officer Joseph McGreevy (see attached affidavit) is a perfect example of the Defendants and or Defense Counsel trying to mislead this Honorable Court.

On the surface of Mr. McGreevy's affidavit it would appear that the Nemansket Correctional Center's property department is always staffed. However, in reality there is very important information that is deliberately being left-

out:

a) Mr McGreevy does not mention how often he is removed from the property department to be reasigned elsewhere in the facilitey.

b) Mr McGreevy does not mention how many days the property department was closed for his vacation.

c) How soon after being asigned as property officer did he actually open to handle the civil residents property issues.

It is also a deliberate act that within the affidavit of Sheila Smith there is no mention of how long of a period of time passed between the prior ~~so~~ property officer being removed and the appointment of ~~the~~ Mr McGreevy, nor is it mentioned that this property department was in such disaray that "then" Captain

6

Sheila Smith herself delivered property to each unit by pushing a cart.

Once again, as of this date there is not Correction Officer assigned as the Nemansket Correctional Center's property officer, because Mr McGreevy transferred out of that assignment approximately one (1) week after signing the attached affidavit, which was in fact only about twelve (12) weeks after recieving the assignment as property officer.

As of this date, the property department is being staffed by an Inner Perimeter Security officer.

It is because of this ongoing unpredictable/failure to properly staff the property department on a regular basis, ~~only~~ that the pro se Plaintiff is requesting this storage.

On May 14, 2008 which was approximately one (1) week after the pro se Plaintiff served the May 6th Motion on the Defense Counsel that Department of Correction officers, and in particular "then" Captain Sheila Smith, (WHO HAS SINCE BEEN PROMOTED TO DIRECTOR OF SECURITY AT THE NEMANSKET CORRECTIONAL CENTER) directed and personally supervised as all of the equipment, resource/research material were unceremoniously removed from the "Resource Room" and the B-2 housing unit. (see attached copies of thirty-seven (37) affidavits) see attachment #2

Although Defense Counsel waited nearly three (3) weeks after the Department of Correction dismantled the B-2 "Resource Room" before stating the area is not utilized in the manner that the pro se Plaintiff states, the Defendants fail to address the fact that since the

the pro se Plaintiff moved onto the B-2 housing in November 2001 until May 14, 2008 the B-2 "Resource Room" was in fact an area with resource/research material, storage locker, file cabinet and office equipment (TYPEWRITERS AND DESKS) to be utilized by the residents of the housing unit.

This behavior of not being forthcoming with facts is a perfect example of the effort that the Defendants and or their Counsel is willing to put forth in order to mislead/misrepresent facts in hopes of manipulating this Honorable Court.

I, Edward Given, do hereby state that the above facts are true to the best of my personal knowledge.

Edward Given

EDWARD GIVEN, pro se          DATE: 7-10-08
30 ADMINISTRATION RD
BRIDGEWATER MA 02324

ATTACHMET 1

Resource Room
Partial Inventory

Cost
to
Replace

Treatment Related Material

Books:
American Psychological Association Handbook
Association for Treatment of Sexual Abusers;
   Ethics, Treatment Providers
69.95      Diagnostic and Statistical Manual IV T R
24.95      Facing the Shadows          (Schwartz)
           Relapse Prevention Planning (Safer Society)
500.00     The Sex Offender vol 1-4 (Schwartz)
500.00     The Sexual Predator vol 1-4 (Schlank)
           Transition Planning          (JRI)
           Victim Empathy   vol 1+2
           Who am I and Why am I in Treatment

Self Help:
Alcoholics Anonymous;
   Big Book, 12 Steps
35.00      Coming Home  Release planning
           Emotion Anonymous
           Hoover's Business Directory
           Sex Love Adiction Anonymous
           Teach Yourself to Type
15.99      1000 Letters for All Occasions (everyday
           Letters for Busy People

COST
TO
REPLACE

DICTIONARY:

17.95   OXFORD AMERICAN COLLEGE DICTIONARY
13.95   OXFORD SPANISH TO ENGLISH
12.95   ROGETS THESAURUS
        WEBSTER'S ALMINAC

BIBLES:
ENGLISH   (KING JAMES)
SPANISH

RECIDIVISM

ABEL SCREEN
HANSON REPORTS 1985, 02, 04
MNSORT (MINNESOTA SEX OFFENDER RECIDIVISM TEST)
STATIC 99 (HANSON)
UNITED STATES JUSTICE DEPARTMENT

LEGAL PUBLICATIONS

69.00       BLACK'S LAW DICTIONARY
29.95       BRIEF WRITING
41.95 EACH  CITE BOOK $16^{th}, 17^{th}, 18^{th}, 19^{th} + 20^{th}$ EDITIONS
29.99       DEPOSITION HANDBOOK

| | |
|---|---|
| 58.95 | MASS RULES OF PROCEDURE CIV & CRIM 2007 |
| 58.95 | MASS RULES OF FEDERA PROCEDURE CIV & CRIM 2007 |
| 349.95 | PRISON LITIGATION MANUAL |
| 49.95 | THE PRISONER SURVIVAL GUIDE |
| 34.95 | HOW TO REPRESENT YOURSELF IN COURT |

DEPARTMENT OF CORRECTION POLICY ASSIGNMENTS
103 DOC #'s

| | | |
|---|---|---|
| 100 | 172 | 216 |
| 101 | 175 | 218 |
| 102 | 181 | 220 |
| 103 | 201 | 221 |
| 104 | 202 | 222 |
| 105 | 203 | 223 |
| 108 | 204 | 224 |
| 111 | 205 | 225 |
| 112 | 207 | 229 |
| 122 | 208 | 230 |
| 132 | 209 | 237 |
| 133 | 210 | 238 |
| 139 | 210A | 239 |
| 153 | 211 | 240 |
| 154 | 213 | 250 |
| 156 | 214 | 270 |
| 158 | 215 | 300 |

4

103 DOC #'s CONT

| | | |
|---|---|---|
| 339 | 450 | 620 |
| 340 | 454 | 630 |
| 341 | 459 | 631 |
| 342 | 461 | 640 |
| 343 | 466 | 650 |
| 344 | 467 | 660 |
| 345 | 472 | 661 |
| 346 | 476 | 662 |
| 400 | 487 | 700 |
| 401 | 488 | 703 |
| 407 | 492 | 730 |
| 417 | 493 | 740 |
| 418 | 506 | 755 |
| 419 | 519 | 756 |
| 422 | 522 | 757 |
| 425 | 525 | 758 |
| 426 | 561 | 759 |
| 441 | 601 | 760 |
| 444 | 604 | 762 |
| 445 | 607 | 763 |
| 446 | 610 | |

COST
TO
REPLACE

5

DEPARTMENT OF CORRECTION POLICY ASSIGNMENTS
103 CMR #'s

| 131 | 180 | 410 | 423 |
| 155 | 403 | 420 | 424 |
| 157 | 405 | 421 | 411 |


| 4. 35 | 103 CMR 431-464 | STATE BOOK STORE |
| 6. 15 | 103 CMR 465-505 | " " " |
| 11. 35 | 103 CMR 506-979 | " " " |


SUPPLIED
BY

EQUIPMENT

| FHS | PANASONIC MEMORY TYPEWRITER |
| DOC | BROTHER TYPEWRITER |
| FHS | TYPING DESK |
| DOC | WRITING DESK |
| FHS | HORIZONTAL FILE CABINET |
| DOC | METAL FOOTLOCKER |

CASE LAW

| | | |
|---|---|---|
| ANDREWS | v Com | 334 NE2d 15 |
| ARMENT | v Com | 587 NE2d 223 |
| BAKER | v Com | 507 NE2d 694 |
| BARBOZA | v Com | 706 NE2d 307 |
| BLASDA | v Com | 288 NE2d 813 |
| BLANCHETTE | v Com | 806 NE2d 468 |
| BOYD | v Com | 199 NE2d 927 |
| BOYD | v Com | 326 NE2d 320 |
| BOYER | v Com | 792 NE2d 677 |
| BOUCHER | v Com | 825 NE2d 543 |
| BRACE | v Com | SLIP |
| BRADWAY | v Com | 820 NE2d 258 |
| BRUDER | v Com | 522 NE2d 752 |
| BRUNO | v Com | 735 NE2d 1222 |
| BURNHAM | v Com | 792 NE2d 987 |
| CALLIGAN | v Com | 631 NE2d 314 |
| CALLAHAN | v Com | 799 NE2d 133 |
| CAMERON | v Tomes | 887 FSupp 387 |
| CAMERON | v Tomes | 900 F2d 14 |
| CARDOZA | v US | 129 F3d 6 |
| CHAPMAN | v Com | 825 NE2d 508 |
| CHERRY | v Auger | 15 NE2d 203 |
| CLARK | v Com | 278 FSupp 63 |
| CONNERS | v Com | 823 NE2d 111 |
| COLIN. | v Com | 643 NE2d 19 |
| COUGHLIN | v Doc | 686 NE2d 1082 |

7

CASE LAW CONT

| | | |
|---|---|---|
| CRAPEAU | v Com | |
| CRUSBY | v. Com | 235 NE2d 361 |
| DAMINO | v GAUGHAN | 592 FSupp 1222 |
| DURFEE | v MURPHY | 200 NE 395 |
| DUTIL | v Com | 768 NE2d 726 |
| FEGAN | v Com | 387 NE2d 553 |
| FERREIRA | v Com | 852 NE2d 1086 |
| FERREIRA | v Com | 963 FSupp 1244 |
| GAGNE | v Com | 377 NE2d 919 |
| GAGNE | v Com | 475 NE2d 1243 |
| GAGNON | v Com | 625 NE2d 555 |
| GAGNON | v Com | 681 NE2d 812 |
| GAGNON | v Com | 792 NE2d 119 |
| GILLIS | v Com | 861 NE2d 422 |
| GIONIE | v Com | 30 NE2d 724 |
| GIVEN | v Com | 796 NE2d 1259 |
| GIVEN | v Com | 808 NE2d 788 |
| GONSALVES | v Com | 883 NE2d 549 |
| HEALEY | v Com | 438 NE2d 811 |
| HEALEY | v Com | 927 F2d 646 |
| HILL | v Com | 427 NE2d 292 |
| HINES | v Com | 866 NE2d 406 |
| HOGAN | v Com | 170 NE2d 327 |
| JARVIS | v Com | 307 NE2d 844 |
| JARVIS | v Com | 863 NE2d 567 |
| KANE | v KANSAS | 7 P3d 285 |

8

CASE LAW CONT

| | | |
|---|---|---|
| KANSAS | v HENDRICK | 138 LEd 2d 501 |
| KENNEDY | v Com | 762 NE2d 794 |
| KENNY | v Com | 769 NE2d 1231 |
| KINCAID | v Com | 828 NE2d 45 |
| KING | v GREENBLATT | 53 FSupp 2117 |
| KING | v GREENBLATT | 560 F2d 1024 |
| LAMB | v Com | 334 NE2d 28 |
| LAMB | v Com | 360 NE2d 307 |
| LANE | v Com | 522 NE2d 429 |
| LANE | v Com | 540 NE2d 201 |
| LANGILLE | v Com | 270 NE2d 99 |
| MAJOR | v Com | 241 NE2d 822 |
| MARKVART | v Com | 771 NE2d 788 |
| MARTEL | v Com | 359 NE2d 57 |
| McHOUL | v Com | 881 NE2d 412 |
| McHUNE | v LILE | 3 F2d 415 |
| McCOUD | v Com | 880 NE2d 311 |
| MICHAU | v CHARLESTON COUNTY | 434 F3d 725 |
| MURRAY | v Com | 852 NE2d 66 |
| NEWTON | v Com | 259 NE2d 190 |
| OLVER | v Com | 387 MA5 198 |
| OWEN | v Com | 784 NE2d 660 |
| PAGE | v Com | 433 NE2d 466 |
| PERKINS | v HENDRICKS | 340 F2d 582 |
| PERRSON | v FAIR | 374 NE2d 346 |
| RAMBERT | v Com | 539 NE2d 117 |

9

CASE LAW CONT

| | | |
|---|---|---|
| READY | v Com | 824 NE2d 474 |
| REDGATE | v Com | 622 NE 2d 1368 |
| REDGATE | v Com | 633 NE2d 380 |
| RECTOR | v Com | 438 N82d 727 |
| REESE | v Com | 781 NE2d 1225 |
| RODRIQUEZ | v Com | 382 NE2d 725 |
| SANTEBELLO | v NY | 138 L8d2d425 |
| SAFERIAN | v Com | 344 Mass 89 |
| SHERIDAN | v Com | 665 NE2d 193 |
| SHERIDAN | v Com | 665 NE2d 977 |
| STATE | v LAMUNYON | 911 F2d 151 |
| SWAIN | v SUPERINTENDENT | 556 NE2d 1061 |
| TATE | v Com | 465 NE2d 1159 |
| TATE | v Com | 629 NE2d 977 |
| TRAVIS | v Com | 372 Mass 238 |
| VALCOURT | v Com | 133 NE2d 217 |
| WALSH | v Com | 378 NE2d 1378 |
| WALSH | v Com | 555 NE2d 593 |
| WILLIAMS | v LESIAK | 127 F3d 190 |
| WILSON | v Com | 407 NE2d 1229 |
| WYATT | v Com | 701 NE2d 337 |

*ATTACHMENT 2*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                     Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                     Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF MARCUS DEAMICIS

I, Marcus Deamicis, Do hereby declare and state:

1.    I, Marcus Deamicis, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Marcus Deamicis, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Marcus Deamicis                 Date: 6/16/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                      Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                                      Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF GLEN SANTARPIO

I, Glen Santarpio, do hereby declare and state:

1.      I, Glen Santarpio, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Glen Santarpio, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Glen Santarpio                                 Dated; 6/16/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                           Docket #01-11099NG

ROBERT MURPHY, et al.,

Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v                                           Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF RUSSELL THIBODEAU

I, Russell Thibodeau, Do hereby declare and state:

1.    I, Russell Thibodeau, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Russell Thibodeau, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Russell Thibodeau                           Date: 6-14-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                  Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                  Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF RAYMOND EDWARDS

I, Raymond Edwards, do hereby declare and state:

1.     I, Raymond Edwards, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Raymond Edwards, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Raymond Edwards

30 Administration Rd

Bridgewater MA 02324

Dated; 6 - 14 - 08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al., ,

          Defendants

AFFIDAVIT OF RICHARD KIELISZEK

          I, Richard Kieliszek, Do hereby declare and state:

1.     I, Richard Kieliszek, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

          I, Richard Kieliszek, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Richard Kieliszek

Richard Kieliszek                              Date:
30 Administration Rd
Bridgewater MA 02324                           6/14/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, ET AL.,

      Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

### AFFIDAVIT OF STEPHEN RICHMOND

I, Stephen Richmond, Do hereby declare and state:

1.    I, Stephen Richmond, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Stephen Richmond, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Stephen Richmond                          Date:  6/14/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF JAMES MCHOUL

I, James mcHoul, Do hereby declare and state:

1.    I, James mcHoul, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, James mcHoul, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*James mcHoul*

James mcHoul

Date: 6 -14 -08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF ARON LYONS

I, Aron Lyons, do hereby declare and state:

1.      I, Aron Lyons, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Aron Lyons, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Aron Lyons                              Dated; 6/16/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF PAUL HUTCHINS

I, Paul Hutchins, Do hereby declare and state:

1.      I, Paul Hutchins, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Paul Hutchins, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Paul Hutchins                            Date:

30 Administration Rd                     6-17-08

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                        Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

        Plaintiffs

v                                        Docket #04-30177NG

ROBERT MURPHY, et al,,

        Defendants

AFFIDAVIT OF GERALD TOBIN

    I, Gerald Tobin, do hereby declare and state:

1.    I, Gerald Tobin, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

    I, Gerald Tobin, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Gerald Tobin

Dated; 6/14/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF KELVIN HOLLEY

I, Kelvin Holley, do hereby declare and state:

1.    I, Kelvin Holley, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Kelvin Holley, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*Kelvin Holley*

Kelvin Holley                              Date: 6/14/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF JOHN BRUDER

I, John Bruder, do hereby declare and state:

1.    I, John Bruder, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, John Bruder, do hereby declare and state the above facts
are true to the best of my personal knowledge.

*John D. Bruder*

John Bruder               6/14/08

30 Administration Rd      Dated;

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF ERNEST HOSIE

I, Ernest Hosie, Do hereby declare and state:

1.    I, Ernest Hosie, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of Correction (DOC) staff entered B-2 housing unit for the purpose of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all equipment (1 Panasonic memory typewriter, 1 Brother typewriter, 2 desks, 1 footlocker & 1 file cabinet) along with a substantial amount of research and reference material from the resource room.

I, Ernest Hosie, do hereby declare and state the above facts are true to the best of my personal knowledge.

Ernest Hosie

Ernest Hosie

30 Administration Rd

Bridgewater MA 02324

Date: 6 - 14 - 08

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                                  Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                                  Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF LOUIS DESOUSA

I, Louis Desousa, do hereby declare and state:

1.     I, Louis Desousa, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

     I, Louis Desousa, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Louis Desousa

30 Administration Rd
Bridgewater MA 02324

Dated: June 14, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                               Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                               Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF RICHARD MOSELEY

I, Richard Moseley, do hereby declare and state:

1.    I, Richard Moseley, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Richard Moseley, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Richard Moseley

Richard Moseley               Dated; 6-14-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

        Plaintiff

v                                      Docket #01-11099NG

ROBERT MURPHY, et al.,

        Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

        Plaintiffs

v                                      Docket #04-30177NG

ROBERT MURPHY, et al.,

        Defendants

AFFIDAVIT OF GEORGE CUTTER

I, George Cutter, do hereby declare and state:

1.     I, George Cutter, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

     I, George Cutter, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*George Cutter*

George Cutter                    Dated;  6/14/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF GERARD READY

I, Gerard Ready, do hereby declare and state:

1.    I, Gerard Ready, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Gerard Ready, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Gerard Ready                              Dated; 6/14/08

30 Administration Rd
Bridgewater MA 02324

UNITED ,STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

   Plaintiff

v                 Docket #01-11099NG

ROBERT MURPHY, et al.,

   Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

   Plaintiffs

v                 Docket #04-30177NG

ROBERT MURPHY, et al.,

   Defendants

AFFIDAVIT OF BRIAN HOOKE

  I, Brian Hooke, do hereby declare and state:

1.  I, Brian Hooke, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.  That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.  That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

  I, Brian Hooke, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Brian Hooke

Brian Hooke         Dated; 6/14/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                         Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                         Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF EUGENE RECTOR

I, Eugene Rector, Do hereby declare and state:

1.     I, Eugene Rector, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Eugene Rector, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Eugene Rector                             Date: 6/14/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

       Plaintiffs

v                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF STEVEN BOUCHER

I, Steven Boucher, do hereby declare and state:

1.    I, Steven Boucher, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of Correction (DOC) staff entered B-2 housing unit for the purpose of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all equipment (1 Panasonic memory typewriter, 1 Brother typewriter, 2 desks, 1 footlocker & 1 file cabinet) along with a substantial amount of research and reference material from the resource room.

I, Steven Boucher, do hereby declare and state the above facts are true to the best of my personal knowledge.

Steven Boucher                         Dated; 6/14/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                               Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                               Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF DENNIS QUINTAL

I, Dennis Quintal, do hereby declare and state:

1.     I, Dennis Quintal, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.     That on the morning of May 14,2008 Department of Correction (DOC) staff entered B-2 housing unit for the purpose of a property inventory and shake-down for contraband.

3.     That during this shake-down the DOC staff removed all equipment (1 Panasonic memory typewriter, 1 Brother typewriter, 2 desks, 1 footlocker & 1 file cabinet) along with a substantial amount of research and reference material from the resource room.

I, Dennis Quintal, do hereby declare and state the above facts are true to the best of my personal knowledge.

Dennis Quintal

30 Administration Rd

Bridgewater MA 02324

Dated; 6/14/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                        Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

     Plaintiffs

v                                        Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF RICHARD RICHLIN

I, Richard Richlin, do hereby declare and state:

1.    I, Richard Richlin, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14, 2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Richard Richlin, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Richard Richlin                     Dated; 6/14/08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                       Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF EDWARD NADEAU

I, Edward Nadeau, do hereby declare and state:

1.    I, Edward Nadeau, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of Correction (DOC) staff entered B-2 housing unit for the purpose of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all equipment (1 Panasonic memory typewriter, 1 Brother typewriter, 2 desks, 1 footlocker & 1 file cabinet) along with a substantial amount of research and reference material from the resource room.

I, Edward Nadeau, do hereby declare and state the above facts are true to the best of my personal knowledge.

Edward Nadeau

Date: 6-/4-08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

    Plaintiff

v                                              Docket #01-11099NG

ROBERT MURPHY, et al.,

    Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

    ⁻Plaintiffs

v                                              Docket #04-30177NG

ROBERT MURPHY, et al.,

    Defendants

AFFIDAVIT OF ERNEST Macloon

I, Ernest Macloon, Do hereby declare and state:

1.    I, Ernest Macloon, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14, 2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Ernest Macloon, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Ernest Macloon                      Date: 6-14-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF JAMES ANDERSON

    I, James Anderson, do hereby declare and state:

1.    I, James Anderson, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

    I, James Anderson, do hereby declare and state the above
facts are true to the best of my personal knowledge.

*James Anderson*

James Anderson                              Dated; 6-14-08

30 Administration Rd

Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                     Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                     Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF JOSEPH SCHMITT

I, Joseph Schmitt, do hereby declare and state:

1.     I, Joseph Schmitt, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Joseph Schmitt, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Joseph Schmitt                    Dated; 6.16.2008
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

Defendants

AFFIDAVIT OF JOSEPH MOORE

I, Joseph Moore, do hereby declare and state:

1.      I, Joseph Moore, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Joseph Moore, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Joseph Moore

Joseph Moore                               Dated; 6/16/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                  Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

       Plaintiffs

v                                  Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF GARY ALVARADO

I, Gary Alvarado, do hereby declare and state:

1.     I, Gary Alvarado, am incarcerated at the Nemansket Correctional Center and a resident of the housing unit B-2.

2.     That on the morning of May 14,2008 Department of Correction (DOC) staff entered B-2 housing unit for the purpose of a property inventory and shake-down for contraband.

3.     That during this shake-down the DOC staff removed all equipment (1 Panasonic memory typewriter, 1 Brother typewriter, 2 desks, 1 footlocker & 1 file cabinet) along with a substantial amount of research and reference material from the resource room.

I, Gary Alvarado, do hereby declare and state the above facts are true to the best of my personal knowledge.

*Gary Alvarado -*

Gary Alvarado

30 Administration Rd

Bridgewater MA 02324

Dated;

*6/16/2008*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

       Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF BRUCE HATT

I, Bruce Hatt, do hereby declare and state:

1.      I, Bruce Hatt, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Bruce Hatt, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Bruce Hatt                                    Dated; 6/14/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

       Plaintiff

v                                                      Docket #01-11099NG

ROBERT MURPHY, et al.,

       Defenadants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

       Plaintiffs

v                                                      Docket #04-30177NG

ROBERT MURPHY, et al.,

       Defendants

AFFIDAVIT OF JOSE PAGAN

I, Jose Pagan, Do hereby declare and state:

1.      I, Jose Pagan, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Jose Pagan, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Jose Pagan *Jose Pagan*                    Date:  6/16/08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

      Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

AFFIDAVIT OF WILLIAM BROUILLARD

I, William Brouillard, do hereby declare and state:

1.    I, William Brouillard, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, William Brouillard, do hereby declare and state the
above facts are true to the best of my personal knowledge.

William J. Brouillard

William Brouillard                    Dated; June 14, 2008
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

     Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

     Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

     Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

     Defendants

AFFIDAVIT OF MICHAEL COTE

I, Michael Cote, do hereby declare and state:

1.     I, Michael Cote, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Michael Cote, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Michael Cote                               Dated; 6/14/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

           Plaintiff

v                                                  Docket #01-11099NG

ROBERT MURPHY, et al.,

           Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

           Plaintiffs

v                                                  Docket #04-30177NG

ROBERT MURPHY, et al.,

           Defendants

AFFIDAVIT OF JOSEPH COPAGE

I, Joseph Copage, do hereby declare and state:

1.     I, Joseph Copage, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Joseph Copage, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Joseph Copage                                      Dated; 6/14/08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                          Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

          Plaintiffs

v                                          Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF JOHN DUTCHER

I, John Dutcher, do hereby declare and state:

1.     I, John Dutcher, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.     That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.     That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

     I, John Dutcher, do hereby declare and state the above
facts are true to the best of my personal knowledge.

John Dutcher                       Dated; 6-14-08
30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

      Plaintiff

v                                       Docket #01-11099NG

ROBERT MURPHY, et al.,

      Defendants

and

JOEL PENTLARGE,and

EDWARD GIVEN,

      Plaintiffs

v                                       Docket #04-30177NG

ROBERT MURPHY, et al.,

      Defendants

### AFFIDAVIT OF EDWARD PIERCE

I, Edward Pierce, do hereby declare and state:

1.    I, Edward Pierce, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.

2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.

3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Edward Pierce, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Edward Pierce

Edward Pierce               Dated;
30 Administration Rd
Bridgewater MA 02324      6 - 16 - 08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                         Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

          Plaintiffs

v                                         Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF STEVEN REED

I, Steven Reed, Do hereby declare and state:

1.      I, Steven Reed, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.      That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.      That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Steven Reed, do hereby declare and state the above facts
are true to the best of my personal knowledge.

Steven Reed                               Date: 6-14-08

30 Administration Rd
Bridgewater MA 02324

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,

          Plaintiff

v                                                    Docket #01-11099NG

ROBERT MURPHY, et al.,

          Defenadants

and

JOEL PENTLARGE, and

EDWARD GIVEN,

          Plaintiffs

v                                                    Docket #04-30177NG

ROBERT MURPHY, et al.,

          Defendants

AFFIDAVIT OF CARLIN SEWARD

I, Carlin Seward, Do hereby declare and state:

1.    I, Carlin Seward, am incarcerated at the Nemansket
Correctional Center and a resident of the housing unit B-2.
2.    That on the morning of May 14,2008 Department of
Correction (DOC) staff entered B-2 housing unit for the purpose
of a property inventory and shake-down for contraband.
3.    That during this shake-down the DOC staff removed all
equipment (1 Panasonic memory typewriter, 1 Brother typewriter,
2 desks, 1 footlocker & 1 file cabinet) along with a substantial
amount of research and reference material from the resource
room.

I, Carlin Seward, do hereby declare and state the above
facts are true to the best of my personal knowledge.

Carlin Seward                              Date: 6-16-08
30 Administration Rd
Bridgewater MA 02324

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JEFFREY HEALEY,**                                 **CIVIL ACTION NO. 01-11099-NG**
                **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
                **Defendants.**

and

**JOEL PENTLARGE,**                              **CIVIL ACTION NO. 04-30177-PBS**
                **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
                **Defendants.**

### AFFIDAVIT OF JOSEPH MCGREEVY

I, Joseph McGreevy, being duly sworn, do hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction. I currently hold the rank of Correction Officer I. Since March, 2008, I have been assigned as the Property Officer at the Massachusetts Treatment Center ("Treatment Center"). I have personal knowledge of the facts set forth herein.

2. Edward Given ("Given") has not submitted to me a written request to gain access to any stored legal material. Further, I have reviewed the Property Room's folder relating to Given and have located no written requests to gain access to any stored legal material submitted by Given prior to my tenure as Property Officer.

3. According to the Property Room's records, Given has not submitted a request to

   purchase a typewriter.

Signed under the penalties of perjury this 5th day of June, 2008.

Joseph McGreevy
Joseph McGreevy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**JEFFREY HEALEY,**                              **CIVIL ACTION NO. 01-11099-NG**
           **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
           **Defendants.**

**and**

**JOEL PENTLARGE,**                             **CIVIL ACTION NO. 04-30177-PBS**
           **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
           **Defendants.**

### AFFIDAVIT OF SHEILA SMITH

I, Sheila Smith, being duly sworn, do hereby depose and state as follows:

1.  I am employed by the Massachusetts Department of Correction. I currently hold the
    rank of Captain and am based at the Massachusetts Treatment Center ("Treatment
    Center"). Currently, I am assigned as the Administrative Captain at the Treatment
    Center. I have personal knowledge of the facts stated herein.

2.  Under the applicable property regulations, civilly committed sexually dangerous
    persons ("SDP's") may retain a maximum of one cubic foot of legal materials in their
    assigned living quarters. If a SDP wishes to retain excess legal material, he may
    request to store that material. At present, excess legal material is stored in the
    Property Room. A SDP who wishes to pick up or exchange legal material is required
    to forward a written request to the property officer, identifying the material requested

from storage. Once the SDP makes such a written request, the identified legal

materials will be available to the SDP within two working days.

3. I am aware that civilly committed SDP Edward Given has filed a motion asking that

the Court order Superintendent Robert Murphy to replace the unit memory typewriter.

There is no unit memory typewriter. Approximately ten years ago, the Department of

Correction provided a typewriter for use in certain Resource Rooms located on the

housing units. This practice was discontinued because residents vandalized the

typewriters and stole parts.

4.   In or about February of this year, I conducted an investigation into Given's

possession of a particular typewriter. A written summary of my investigation

(without attachments) is annexed to this affidavit. The facts contained in that

summary are true. The names of the other residents have been redacted to protect

their privacy.

5.  Providing Given with a storage locker to be stored in the Resource Room on his

housing unit has the potential to cause disruption to the Treatment Center's climate

and operation. SDP's are not permitted to retain property in the Resource Room.

Providing Given with this opportunity that is not allowed to other residents may cause

jealousy among other SDP's. Further, even with a lock, other SDP's may attempt to

damage a second storage locker that is located in a Resource Room to which other

SDP's have access.

Signed under the pains and penalties of perjury this 5th day of June, 2008.

Sheila Smith, Captain

# CERTIFICATE OF SERVICE

I, Edward Given, do hereby certify that I served a true copy of this motion for storage, Memorandum in Support of, Affidavits and Attachments on Defense Counsel via intrafacility mail on this date; 7-10-08

Edward Given
EDWARD GIVEN, pro se