UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
    PLAINTIFF

v
                                    DOCKET # 01-11099 NG

ROBERT MURPHY, et. al.,
    DEFENDANTS

and
JOEL PENTLARGE, and
EDWARD GIVEN,
    PLAINTIFFS

v                                   DOCKET # 04-30177 NG

ROBERT MURPHY, et al.,
    DEFENDANTS


PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME

Now comes the Plaintiff, Edward Given, (Plaintiff) in the above-entitled matter who respectfully moves this Honorable Court to extend time for him to respond to

the Defendants' Request for Documents and Defendants' Interrogatories until and including September 8, 2008.

As grounds for this motion the Plaintiff states:

1) That on July 19, 2008 the Defendants served the Plaintiff with their Requests and Interrogatories.

2) That during the week of July 20, 2008 the Defendants did not open the Law Library but for one hour and forty minutes on July 23, 2008 greatly restricting the Plaintiff's ability to respond.

3) That with repeated attempts by the Plaintiff to access his legal storage between July 16, 2008 and August 4, 2008 the Defendants

denied the Plaintiff access to his legal storage until August 5, 2008 which has restricted his ability to respond to the Defendants' requests by not allowing the Plaintiff to produce the information.

The Plaintiff has not conferred with Defense Counsel. The Plaintiff requests the Court to waive Local Rule 7.1 (A)(2)

Wherefore, for the above stated facts, the Plaintiff prays this Honorable Court to grant this motion.

Respectfully Submitted,

*Edward Gi[ven]*

EDWARD GIVEN, pro se       8-12-08
30 ADMINISTRATION RD
BRIDGEWATER MA 02324

CERTIFICATE OF SERVICE

I, Edward Given, do hereby certify that I served a true copy of this motion on Defense Counsel via intrafacility mail on this date: 8-12-08

*Edward Given*

EDWARD GIVEN, PRO SE