UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
    PLAINTIFF

v.                                DOCKET #01-11099NG

ROBERT MURPHY, et al.,
    DEFENDANTS

and

JOEL PENTLARGE, and
EDWARD GIVEN,
    PLAINTIFFS

v.                                DOCKET #04-30177NG

ROBERT MURPHY, et al.,
    DEFENDANTS

PLAINTIFF'S MOTION TO
COMPEL DISCOVERY

    Now comes the pro se Plaintiff, Edward Given, (Plaintiff) who ~~pursued~~ pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P respectfully moves this Honorable Court to grant

his motion and issue an order compelling the defendants to produce the documents requested on April 23, 2008.

Respectfully Submitted

Edward Given, pro se          July
30 Administration Rd
Bridgewater MA 02324