UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERY HEALEY,
        PLAINTIFF

v                                      DOCKET #01-11099 NG

ROBERT MURPHY, et al.,
        DEFENDANTS
and
JOEL PENTLARGE, and
EDWARD GIVEN,
        PLAINTIFFS

v                                      DOCKET #04-30177 NG

ROBERT MURPHY, et al.,
        DEFENDANTS

PLAINTIFF'S MEMORANDUM
IN SUPPORT OF
MOTION TO COMPEL DISCOVERY

FACTUAL BACKGROUND:

i)    The pro se Plaintiff is a Civilly
Committed citizen of the

Commonwealth of Massachusetts who is imprisoned at the Nemansket Correctional Center in Bridgewater

2)    That as a Civilly Committed citizen imprisoned at the Nemansket Correctional Center the Plaintiff is in the direct custody of the Defendant Robert Murphy who is the Superintendent of that prison facility.

3)    That on April 23, 2008 the Plaintiff served Defense Counsel with his First Request for Documents.

4)    That after an enlargement of time, the Plaintiff recieved the defendants' response to his First Request of Documents on July 19, 2008

5)    That after careful review

of the defendants' response the Plaintiff drafted a letter to defense counsel offering to discuss and hopefully resolve the issues.

6)    When the Library had not been opened on either July 21st, or July 22nd the Plaintiff then typed copies of the letter and mailed them on July 23, 2008

ARGUMENT:

❷    It is evident by the defendants' responses that they are unwilling to cooperate with the Plaintiff on any level, which leaves the Plaintiff with only one option, and that is to involve this Honorable Court in the smallest of issues.

i)    With regards to the defendant's objection with Request #1.

The defendants claim it is unclear that there are two (2) different Labor Contracts, one involving Correction Officers and one involving persons at the rank of Captain and above.

The need of this contract to show/prove that there is no differences in training to work at the Nemansket Correctional Center compared to any other Prison in the Commonwealth.

2)    With regards to the defendants' objection with request #2.

The defendants claim that requesting copies of past vendor's contract equates to seeking discovery from a third party.

This claims is Ludicrous. The contracts requested, have the defendants as a party, and therefore are accessible, within their very own files. Furthermore

these contracts are public records.
The need for the contracts
dating back to the initial
privatization of the treatment
provider will show/prove what
programs have been discontinued.

3)    With regards to the
objections with requests #3, 4, 9,
50, 52, and 80.

The defendants set forth
their usual objections, however
they state that they willing to
produce such documents if
the exist in a redacted form,

Once again, the documents
requested are public information
and that there isn't any true
reason to redact any part of
public information.

The need for these
documents unredacted is to
show/prove to what degree the

Commonwealth profits from commissions, incentives or in plain English "KICK BACKS" by allowing only certain companies to sell products or provide services to prisoners within the Commonwealth.

4)   With regards to the objections with request #8.

The defendants set forth their usual objects and claim it is "unduly vague" to request a list of "procedures and medications that have been discontinued between 2001 and present." The Plaintiff cannot be any clearer. The need for this list is to show/prove how some of the most basic medical procedures are being denied the men at the Nemansket Correctional Center.

5)      With regards to the
objections with request #12.

The defendants claim
their usual objections and
state, "not reasonably
calculated to lead to the
discovery of admissible evidence."
One of the Plaintiff's
allegations is that there are
persons employed at the
Nemansket Correctional Center
are not qualified.
The need for these
documents is one way, if not
the best way to prove these
conditions exist at the
Nemansket Correctional Center.

6)      With regards to the
objections with request #18.

The defendants claim
their usual objections and state
"... relating to or affecting safety
or security measures..."

8

One of the Plaintiff's allegations relates to The Least Restrictive Alternative.
The need for this request is to show/prove the lack of logic in making this disignation.

7)   With regards to the objections with request #22

The Plaintiff will rephase to read:
Please provide a copy of all documents including policies and or rules which outline the requirements to deligate which persons are scheduled for in depth consultations with a doctor, and for mandatory tests.

8)   With regards to the objections with requests #23, and #26.

The defendants claim their usual objections and state

"... relating to or affecting safety or security measures..."

The Plaintiff alleges that there are not any differences in orders on the treatment of those individuals serving state prison sentences and those individuals who are "Civilly Committed".
The need for this request is to show/prove there is not any different procedures for handling state prisoners or "Civilly Committed" individuals

9)    With regards to the objects with requests #24 and #25.

The defendants claim their usual objections and state, "... relating to or affecting safety or security measures..."

The Plaintiff alleges that a "Qualified Examiner" who is

an expert for the Commonwealth
is given unescorted access to
the Nemansket Correctional Center
and are allowed to bring items
deemed security risks into the
facility.
  The need for this request
is to show/prove that there are
much harsher policies for those
experts if ~~or~~ they are acting as
independent examiners, and to
go so far as to require a strip
search and visual cavity search
of the so-called "Civil Commitee".

10)  With regards to requests
#31 - 34, and #64

  The defendants claim
their usual objections and state,
"... this request is unduly vague."

  The Plaintiff alleges that
there are numerous issues with
the conditions of the structure
known as the Nemansket

Correctional Center that are
routinely acknowledged, reported
and then ignored.

The need for these requests
are to show/prove the defendants'
knowledge of unhealthy/
dangerous conditions and their
total disregard for the safety
of those who not only are housed
in the Nemansket Correctional
Center but for the employees who
are forced to work in these
conditions.

11)    With regards to request
#37.

The defendants claim
their usual objections and
stipulate they will produce a
redacted version of inspection
reports and recommendations.

The Plaintiff alleges that
there are numerous issues that
make the Nemansket Correctional

Center unhealthy and dangerous.
The need for this request is
to show/prove the federal agency
(American Correctional Association)
is aware of conditions at the
Nemansket Correctional Center
and the defendants ignore their
recommendations.

12)        With regards to
requests #39-40.

The defendants claim
their usual objections and state
it is "... subject to the CORI
statute...".

The defendants want
this Honorable Court to believe
there is this huge security need
at the Nemansket Correctional
Center.
The need for these requests
is to show/prove the relatively
small number of security
breaches actually happen at the

Nemansket Correctional Center,
and by what population
causes these issues. Furthermore,
what security or CORI risk is there
if there are not names listed,
only the type infraction.

13)      With regard to request
#45

The defendants claim
their usual objections then state
"...will produce the lists of
educational and vocational
classes offered... ...time frame
in which Plaintiff has been
civilly committed..."
       The need for all these
list is to show/prove what
classes are not offered that had
been in the past.

14)      With regards to
request #46.

        The defendants claim

their usual objections then state, "... information subject to the CORI statute ... "

The Plaintiff alleges the lack of access to the Library/ Law Library, education and vocations is a violation of his due process. The defendants are merely try to mislead this Honorable Court by this objection, whereas the Plaintiff has not requested any names of persons, only the log showing/ proving when there was someone assigned to that post.

The need for this request is to show/prove these areas have not been opened. For example, merely stating the Law Library was open one hour and forty minutes during the week of July 21, 2008 is not enough, the Plaintiff requires these logs.

15)    With regards to
requests #48 and 49.

The defendants claim
their usual objections and
stipulate they will produce
only a list offered to so-called
"civilly committed" persons.

The Plaintiff alleges
that the conditions at the
Nemansket Correctional Center
are worse than at other prisons.
The need for this request is
to show/prove what is available
at other level four (4) and even
level five (5) prisons in the
Commonwealth and what the
"Civilly Committed" are being
deprived of.

16)    With regards to
request #53.

The defendants claim
their usual objections and

state, "... relating to or affecting safety or security measures..."

The need for this request will show/prove to what degree profits/kick backs are used to provide employees with perks, will the population is forced to life in unhealthy, dangerous and illegal conditions.

17)    With regards to request #58.

The defendants claim their usual objections and state, "... he is not permitted to have this document...".

The defendants make this claim without any ~~supported~~ supporting policy or regulation. This is an example of the defendants expecting persons to believe them just because they tell you too.

18)    With regards to request #60.

The defendants claim their usual objections and state, "... information subject to the CORI statute ..."

The Plaintiff alleges the defendants denies ~~his~~ him access to the courts, and due process.

The need for this request is to show/prove that the defendants routinely delay "Civilly Committed" persons hearing dates, while other committees are automaticly reviewed by the Court every six (6) months instead of three (3) years which is the case for the Plaintiff.

19)    With regards to request #63.

The defendants claim their usual objections and state,

18

"... relating to or affecting safety or security measures..."

The defendants' real objection is, they do not want anyone to police them, so that can continue their history of covering up actions by their employees.

20)   With regards to request #76.

The defendants claim their usual objections and state, "... not reasonably calculated to lead to the discovery of admissable evidence."
The Plaintiff alleges that there is a starting and completion point of sex offender threapy for state prisoners, while there is not a completion point for "Civilly Committed" persons.

The need for this document
is to show/prove that so-called
"Civilly Committed persons at the
Nemansket Correctional Center
are being held to much harsher
standards then state prisoners.

21)    With regards to requests
#36, 39, 40, 41, 42, 43, 44, 46, 56 and 60,

        The Defendants claim their
usual/standard objections and
further state: "... to the extent
that it seeks production of
information subject to the
CORI statute, G. L. c. 6 §§ 167-
178 P.
        This claim of CORI isn't
based in fact, but, instead is
an attempt by counsel to fill
up pages with for the lack of
a better term is; legal
mumbo-jumbo which has no
baring on the instant case.
        To highlight this fact:
§168B addresses firearms

§172A addresses request Fees, §172B
addresses Adoptive or Foster Homes
and this list of irrelevent cites goes
on and on to include §178D - §178P
which addresses the Sex Offender
Registry and its board, none of
which are in any of the Plaintiff's
requests nor has the Plaintiff
requested any personal information.
    If the defendants were
genuinely concerned about CORI
issues, they would not post lists daily
on the housing unit which personal
medical information. see attached #1 +
#2

#22)    With regards to requests
numbered 2; 3; 4; 9; 12; 16; 17; 18; 22;
24; 25; 26; 27; 28; 29; 30; 31; 32; 33, 34; 35;
36; 37; 38; 39; 40; 41; 42; 43; 44; 50; 51; 52; 53;
54; 56; 57; 60; 61; 63; 64; 65; 66, 67; 68; 69;
70; 71; 72; 73; 74; 75; 80; 81; & 82

    The Defendants state:
"incarcerated sex offender..." as one
of their objections.

This statement holds no value in any judical objection. Instead it is an unscrupulous attempt by Defense Counsel to stir negative emotions by raising past bad acts.

Even with this personal attack the facts remain the same, the Plaintiff is NOT the party in this charged with wrong doings, it is the Defendants grievous acts which caused this instant case to be filed.

Knowing that this type of irrelevent statement, which is highly prejudical is NORMAL PROCEDURE for the Defendants and their Counsel does not lessen or excuse such appalling tactics.

23)    In regards to requests numbered; 13; 14; 15; 16; 17; 18; 21; 22; 24; 25; 27; 28; 29; 30; 34; 35; 36; 38; 39; 40; 41; 42; 43; 50; 55; 56; 58; 61; 63; 64; 66; 67; 68; 69; 71; 72; 73; 74; 75; 77; 78; 79; 80; 82 & 44

The Defendants claim their usual objections and state: "... materials protected by the attorney/client privilege or the work product doctrine."

These are more examples of Defense Counsel using/making statements which have no barring on the instant case but are merely words to fill a page.

It is beyond belief that the Defendants would make a claim of privilege to such items as "building capacity", "work place sexual harassment", "providing list of Vocational training." (in other level four (4) prisons) just to mention a few.

Furthermore, to claim the Work Product Doctrine the Defendants are stating that they have prepared this material for this case. In HICKMANN v TAYLOR 329 US 495 (1947); COMM v FALL RIVER MOTOR SALES 565 N826 1205-1210 "In order to fit within the privilege, the materials must have

been prepared in relation to litigation, pending or prospective. "

Once again the Defendants and their Counsel knowingly fill pages of documents with irrelevent statements/material. Whether their intent is to mislead the Court, or merely trying to overwhelm the pro se Plaintiff is of no importance, the fact is, the Defendants are making claims which are untrue.

I, Edward Given, do hereby declare and state the above facts to be true to the best of my personal knowledge.

Edward Given

EDWARD GIVEN, pro se          8-20-08
30 ADMINISTRATION RD
BRIDGEWATER MA 02324

# CERTIFICATE OF SERVICE

I, Edward Given, do hereby certify that I served a true copy of the Motion to Compel an Memorandum is Support on the Defense Counsel via intra-facility mail on this date: 8-22-08 8-26-08

Edward Given

EDWARD GIVEN, pro se

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW Report on Tuesday August 19, 2008 01:19

| Commit # | Last Name | First Name | MI | Suffix | Start Date | Start Time | Appointment | End Date | End Time | Activity Type | Transport Detail | Destination | External | Housing Unit | Program/Work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W80283 | OLIVEIRA | GUILHERME | | | 20080819 | 01:00 | 01:00 ρ | 20080819 | 01:30 | Medical Appointment | | HSU-Lab Room | diet | SOUTH2 | |
| W83592 | TRIPP | JOHN | M | | 20080819 | 01:00 | 01:00 ρ | 20080819 | 01:30 | Medical Appointment | | HSU-Lab Room | diet | NORTH 2 | |
| M91747 | STOTT | WILLIAM | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | | HSU-Lab Room | 1 | D2 | [signature] |
| M94762 | TATE | ROY | L | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | (65) | HSU-Lab Room | 1 | C1 | [signature] |
| W37388 | MAHDI | MUHAMMAD | T | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | lok | HSU-Lab Room | 1 | B1 | [signature] |
| W31674 | SMITH | PAUL | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | o8 | HSU-Lab Room | 1 | A1 | [signature] |
| M86962 | MARS | DONALD | R | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | 69? | HSU-Lab Room | 1 | A2 | [signature] |
| W83501 | LAPANNE | EDWARD | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | | HSU RN | 1 | SOUTH1 | |
| M93256 | GOULET | AMEDE | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | 69? | HSU-Lab Room | 1 | A2 | [signature] |
| M101934 | HASTINGS | RUDY | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | 69? | HSU-Lab Room | 1 | D2 | [signature] |
| W55165 | O'BRIEN | PHILIP | F | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | 68? | HSU-Lab Room | 1 | SOUTH2 | [signature] |
| M100454 | BOYLE | WILLIAM | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | 65? | HSU-Lab Room | 1 | D1 | [signature] |
| M81137 | SCHMITT | JOSEPH | | | 20080819 | 07:30 | 07:30 | 20080819 | 08:00 | Medical Appointment | fist | HSU-Lab Room | 1 | MPU-SEGREGATION UNIT | [signature] |
| M13373 | QUINTAL | DENNIS | J | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | | HSU-Lab Room | 1 | B2 | [signature] |
| M01006 | BRUDER | JOHN | D | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | | HSU-Lab Room | 1 | B2 | [signature] |
| M102163 | MONROE | ROBERT | | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | | HSU-Lab Room | 1 | D1 | [signature] |
| M87791 | BALDWIN | JOHN | D | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | | HSU-Lab Room | 1 | D1 | [signature] |
| M82723 | HILL | DARYL | | | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical | | HSU-Lab | 1 | B2 | |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

Page 2 of 4

| ID | Last Name | First Name | MI | Date | Time | Time | Date | Time | Appointment | Location | | Code | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M14946 | DEBELLA | JOHN | J | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Appointment | Room | 1 | C1 | |
| M98755 | WHITE | LESLIE | D | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | Sillon |
| M10431 | PAUL | KENNETH | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | Sillon |
| M10505 | HARPER | PATRICK | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | Sillon |
| M98755 | WHITE | LESLIE | D | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | Sillon |
| M101056 | GILLIS | RICHARD | C | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D2 | Sharon |
| M100505 | HARPER | PATRICK | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | Sharon |
| M03203 | EDWARDS | RAYMOND | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | B2 | Maria |
| M88536 | MARCHANT | ANTHONY | | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical Appointment | HSU RN | 1 | B1 | |
| M92569 | SANTARPIO | GLENN | G | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical Appointment | HSU RN | 1 | B2 | |
| M92603 | PACHECO | ALBERT | | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical Appointment | HSU RN | 1 | C2 | |
| M01025 | TRAVERS | PETER | E | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical Appointment | HSU RN | 1 | A1 | |
| M09917 | HEALEY | JEFFREY | | 20080819 | 09:00 | 09:00 | 20080819 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | A2 | Jillian |
| M95876 | TODD | THOMAS | M | 20080819 | 09:00 | 09:00 | 20080819 | 10:00 | Medical Appointment | HSU-M / H Clinician | 1 | A2 | Jillian |
| W31674 | SMITH | PAUL | | 20080819 | 09:30 | 09:30 | 20080819 | 10:00 | Medical Appointment | HSU-M / H Clinician | 1 | A1 | |
| M95531 | MARTIN | ROBERT | | 20080819 | 10:00 | 10:00 | 20080819 | 10:30 | Medical Appointment | HSU-Lab Room | 1 | C2 | diet |
| M91747 | STOTT | WILLIAM | | 20080819 | 10:00 | 10:00 | 20080819 | 10:30 | Medical Appointment | HSU-Lab Room | 1 | D2 | diet |
| M90666 | PIERCE | ROBERT | | 20080819 | 10:00 | 10:00 | 20080819 | 11:00 | Medical Appointment | HSU RN | 1 | B1 | diet |
| M87273 | HUNT | ROY | L | 20080819 | 10:00 | 10:00 | 20080819 | 11:00 | Medical Appointment | HSU RN | 1 | C1 | |
| M01008 | BURNHAM | ROBERT, JR. | W | 20080819 | 10:00 | 10:00 | 20080819 | 11:00 | Medical Appointment | HSU RN | 1 | B1 | |
| M97657 | WILLIAMS | ROY | | 20080819 | 10:00 | 10:00 | 20080819 | 10:30 | Medical Appointment | HSU-Lab Room | 1 | D1 | diet |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

| ID | Last | First | MI | Date | Time | Time | Date | Time | Type | Location | Note | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M95876 | TODD | THOMAS | | 20080819 | 10:30 | 10:30 | 20080819 | 11:00 | Medical Appointment | HSU-M / H Clinician | 1 | A2 |
| W89428 | FARIA | MICHAEL | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU-M / H Clinician | 1 | SOUTH 1 |
| M102020 | LEBOEUF | DONALD | C | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU-X Ray Room | X-ray | D1 |
| W91202 | COYLE | SCOTT | A | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU-X Ray Room | X-ray | SOUTH2 |
| W45059 | CARNEY | KENNETH | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU RN | 1 | SOUTH 1 |
| W87466 | HARVEY | DOUGLAS | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU RN | 1 | SOUTH 1 |
| W59959 | REX | JOHN | D | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU RN | 1 | SOUTH 1 |
| W40272 | PROULX | DAVID | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | PA-T | NORTH 2 |
| W67142 | MATTSON | MARC | A | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | PA-T | NORTH 2 |
| W60625 | STEELE | ANTHONY | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | PA-T | NORTH 1 |
| W91311 | LAVOIE | DONALD | G | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | PA-T | NORTH 1 |
| C56412 | CARLON | FREDERICK | | 20080819 | 12:30 | 12:30 | 20080819 | 01:00 | Medical Appointment | HSU-Lab Room | diet | SOUTH2 |
| W84328 | MAMATY | ALBERT | G JR | 20080819 | 12:30 | 12:30 | 20080819 | 01:00 | Medical Appointment | HSU-Lab Room | diet | NORTH 2 |
| W88197 | FURTADO | ALAN | P SR | 20080819 | 12:30 | 12:30 | 20080819 | 01:00 | Medical Appointment | HSU-Lab Room | diet | NORTH 1 |
| W87709 | LEWIS | SPENCER | | 20080819 | 12:30 | 12:30 | 20080819 | 01:00 | Medical Appointment | HSU-Lab Room | diet | SOUTH2 |
| W49128 | TINSLEY | RONALD | | 20080819 | 12:30 | 12:30 | 20080819 | 13:30 | Medical Appointment | HSU RN | 1 | SOUTH2 |
| W85211 | LANDOLFI | JOHN | C | 20080819 | 12:35 | 12:35 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | STHN | NORTH 2 |
| C53168 | DONALDSON | KEITH F | | 20080819 | 12:35 | 12:35 | 20080819 | 13:30 | Medical Appointment | HSU- Doctors Office | STHN | SOUTH2 |

Handwritten additions:
W91028 LEWIS DOUGLAS — 13:00 — HSU diet
W34620 KING THOMAS — 12:30 — HSU diet

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

| ID | Last | First | | | Date | Time | Time | Date | Time | Description | Location | | # | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W90162 | GUERIN | RICHARD | | | 20080819 | 12:35 | 12:35 | 20080819 | 13:30 | Medical Appointment | HSU-Doctors Office | STAN | 1 | NORTH 1 |
| W67193 | GUERRERO | JULIO | | | 20080819 | 12:35 | 12:35 | 20080819 | 13:30 | Medical Appointment | HSU-Doctors Office | STAN | 1 | SOUTH1 |
| W85327 | SETH | WILLIAM | | | 20080819 | 13:30 | 13:30 | 20080819 | 14:30 | Medical Appointment | HSU-Doctors Office | STAN | 1 | SOUTH1 |
| W84188 | CREAN | THOMAS | | | 20080819 | 13:30 | 13:30 | 20080819 | 14:30 | Medical Appointment | HSU-Doctors Office | STAN | | SOUTH1 |
| W80360 | BERRY | MICHAEL | | | 20080819 | 13:30 | 13:30 | 20080819 | 14:30 | Medical Appointment | HSU | ? | 1 | NORTH1 |
| W85354 | GOODROW | CHRISTOPHER | | | 20080819 | 13:30 | 13:30 | 20080819 | 14:30 | Medical Appointment | HSU-Doctors Office | STAN | | SOUTH2 |
| W88106 | MOQUIN | GERARD | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | LN | 1 | SOUTH2 |
| W88197 | FURTADO | ALAN | P | SR | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | NORTH1 |
| W88911 | MELE | BARRY | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | SOUTH1 |
| W89778 | BRAGG | CRAIG | M | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | NORTH1 |
| W83501 | LAPANNE | EDWARD | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | SOUTH1 |
| W87045 | WILSON | SENECA | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | NORTH 2 |
| W88060 | ALICEA | JUAN | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | NORTH 1 |
| W60668 | HARLOW | JOSEPH | | | 20080819 | 19:00 | 19:00 | 20080819 | 20:00 | Medical Appointment | HSU | | 1 | SOUTH2 |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

#2

Page 1 of 5

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW Report on Wednesday August 20, 2008 03:33

| Commit # | Last Name | First Name | MI | Suffix | Start Date | Start Time | Appointment | End Date | End Time | Activity Type | Transport Detail | Destination | External | Housing Unit | Program/Work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W88060 | ALICEA | JUAN | | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | | HSU | 1 | NORTH 1 | |
| W81172 | ALLEN | TAYON | | | 20080820 | 10:00 | 10:00 | 20080820 | 10:30 | Medical Appointment | | HSU- M/H Clinician | 1 | SOUTH2 | |
| M13328 | BARBARO | EUGENE | | | 20080820 | 12:35 | 12:35 | 20080820 | 13:30 | Medical Appointment | | HSU- Doctors Office | 1 | A1 | |
| W47106 | BEAN | DUKE | A | | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | | HSU- Lab Room | 1 | NORTH 2 | |
| W88262 | BEAUDRY | DERRICK | | | 20080820 | 10:00 | 10:00 | 20080820 | 11:00 | Medical Appointment | | HSU | 1 | NORTH 1 | |
| W83092 | BEAUPARLANT | ROBERT | P | JR | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | | HSU- Lab Room | 1 | NORTH 2 | |
| M96406 | BLAISDELL | SCOTT | | | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Medical Appointment | | HSU | 1 | B1 | |
| M03196 | BRUNELL | RONALD | | | 20080820 | 12:35 | 12:35 | 20080820 | 13:30 | Medical Appointment | | HSU- Doctors Office | 1 | A2 | |
| M01008 | BURNHAM | ROBERT, JR. | W | | 20080820 | 19:00 | 19:00 | 20080820 | 20:00 | Medical Appointment | | HSU | 1 | B1 | |
| W62109 | CAMPBELL | STEVEN | | | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | | HSU | 1 | NORTH 1 | |
| M95349 | CONNER | FLOYD | D | | 20080820 | 13:00 | 13:00 | 20080820 | 14:00 | Medical Appointment | | HSU- Psychiatriss Office | 1 | A1 | |
| M90334 | COONEY | ANTHONY | | | 20080820 | 19:00 | 19:00 | 20080820 | 20:00 | Medical Appointment | | HSU | 1 | B1 | |
| M93255 | CORY | GARY | | | 20080820 | 13:30 | 13:30 | 20080820 | 14:00 | Medical Appointment | | HSU | 1 | C2 | |
| M96486 | CREIGHTON | DONALD | | | 20080820 | 12:30 | 12:30 | 20080820 | 12:45 | Medical Appointment | | HSU- Lab Room | 1 | D2 | |
| M03357 | DIAZ | CARLOS | | | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Medical Appointment | | HSU- Doctors Office | 1 | C2 | |
| M99054 | FASANELLI | ANTHONY | | | 20080820 | 19:00 | 19:00 | 20080820 | 20:00 | Medical Appointment | | HSU | 1 | A2 | |
| W89551 | FILLION | GEORGE | | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | | HSU | 1 | NORTH 1 | |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

| ID | Last | First | MI | Date | Time | Time | Date | Time | Type | Location | # | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W84058 | FITZGERALD | HOWARD | | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | HSU- M / H Clinician | 1 | SOUTH 1 |
| M101804 | FLAVELL | DAVID | | 20080820 | 12:30 | 12:30 | 20080820 | 12:30 | Medical Appointment | HSU-Dental Office | 1 | D1 |
| W55341 | FLOOD | GORDON | | 20080820 | 10:00 | 10:00 | 20080820 | 10:30 | Medical Appointment | HSU- X Ray Room | 1 | SOUTH 1 |
| W88401 | GARFIELD | WILLIAM | | 20080820 | 09:30 | 09:30 | 20080820 | 10:00 | Medical Appointment | HSU- M / H Clinician | 1 | SOUTH 1 |
| M101056 | GILLIS | RICHARD | C | 20080820 | 13:30 | 13:30 | 20080820 | 13:30 | Medical Appointment | HSU-Dental Office | 1 | D2 |
| W66458 | GRANT | STANLEY | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Doctors Office | 1 | NORTH 2 |
| W90162 | GUERIN | RICHARD | | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | HSU | 1 | NORTH 1 |
| W60668 | HARLOW | JOSEPH | P | 20080820 | 10:00 | 10:00 | 20080820 | 11:00 | Medical Appointment | HSU | 1 | SOUTH2 |
| M09917 | HEALEY | JEFFREY | M | 20080820 | 12:30 | 12:30 | 20080820 | 13:30 | Medical Appointment | HSU | 1 | A2 |
| W80941 | HERNANDEZ | EDAN | | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | HSU | 1 | NORTH 1 |
| W89913 | HIBBARD | STEVEN | J | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | SOUTH2 |
| M102202 | HOLLAND | CHRISTOPHER | | 20080820 | 13:00 | 13:00 | 20080820 | 14:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | D1 |
| W80218 | HOPPES | GEORGE | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Doctors Office | 1 | SOUTH2 |
| W88886 | HORTON | ALGARY | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU | 1 | SOUTH 1 |
| W87349 | HOUSER | RICHARD | | 20080820 | 09:00 | 09:00 | 20080820 | 09:00 | Medical Appointment | HSU-Dental Office | 1 | SOUTH 1 |
| W48393 | HOWARD | MARK | W | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | HSU- Lab Room | 1 | SOUTH2 |
| N94388 | HUDMAN | MELVIN | | 20080820 | 12:30 | 12:30 | 20080820 | 12:45 | Medical | HSU- Lab Room | 1 | C2 |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

| ID | Last | First | MI | | Date | Time | Time | Date | Time | Appt | Location | # | Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M67273 | HUNT | ROY | L | | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Appointment | Doctors Office | 1 | C1 |
| M03209 | KENDALL | RICHARD | | | 20080820 | 12:30 | 12:30 | 20080820 | 01:30 | Medical Appointment | HSU-Lab Room | 1 | A2 |
| W53335 | KIRKPATRICK | DAVID | | | 20080820 | 10:00 | 10:00 | 20080820 | 10:30 | Medical Appointment | HSU- X Ray Room | 1 | NORTH 2 |
| W85211 | LANDOLFI | JOHN | C | | 20080820 | 09:30 | 09:30 | 20080820 | 10:00 | Medical Appointment | HSU | 1 | NORTH 2 |
| W90669 | LANGILL | JASON | | | 20080820 | 09:30 | 09:30 | 20080820 | 09:30 | Medical Appointment | HSU-Dental Office | 1 | NORTH 1 |
| W83501 | LAPANNE | EDWARD | | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU | 1 | SOUTH 1 |
| W83501 | LAPANNE | EDWARD | | | 20080820 | 20:00 | 20:00 | 20080820 | 20:30 | Medical Appointment | HSU | 1 | SOUTH 1 |
| M03210 | LEBLANC | JAMES | A | | 20080820 | 12:30 | 12:30 | 20080820 | 13:30 | Medical Appointment | HSU- Doctors Office | 1 | A1 |
| M102020 | LEBOEUF | DONALD | C | | 20080820 | 12:30 | 12:30 | 20080820 | 12:30 | Medical Appointment | HSU- Dental Office | 1 | D1 |
| W6812 | LEE | MICHAEL | | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU- X Ray Room | 1 | NORTH 2 |
| W87709 | LEWIS | SPENCER | | | 20080820 | 09:00 | 09:00 | 20080820 | 09:00 | Medical Appointment | HSU- Dental Office | 1 | SOUTH2 |
| W40467 | MANNING | LAWRENCE | | | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | HSU | 1 | NORTH 2 |
| M88536 | MARCHANT | ANTHONY | | | 20080820 | 12:30 | 12:30 | 20080820 | 13:30 | Medical Appointment | HSU- Doctors Office | 1 | B1 |
| M01020 | MCINTYRE | JOHN | M | | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Medical Appointment | HSU- M / H Clinician | 1 | C1 |
| W88106 | MOQUIN | GERARD | | | 20080820 | 07:30 | 07:30 | 20080820 | 08:00 | Medical Appointment | HSU- Lab Room | 1 | SOUTH2 |
| W88106 | MOQUIN | GERARD | | | 20080820 | 10:00 | 10:00 | 20080820 | 11:00 | Medical Appointment | HSU | 1 | SOUTH2 |
| W88106 | MOQUIN | GERARD | | | 20080820 | 07:30 | 07:30 | 20080820 | 08:00 | Medical Appointment | HSU- Lab Room | 1 | SOUTH2 |
| M83236 | MORALES | BALTAZAR | | | 20080820 | 12:30 | 12:30 | 20080820 | 13:00 | Medical Appointment | HSU- Clinician | 1 | C2 |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M16428 | NIEVES | RICARDO | | 20080820 | 13:00 | 13:00 | 20080820 | 14:00 | Medical Appointment | Psychiatrists Office | 1 | A1 |
| W91536 | OBRIEN | MICHAEL | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | SOUTH 1 |
| M92603 | PACHECO | ALBERT | | 20080820 | 12:30 | 12:30 | 20080820 | 12:45 | Medical Appointment | HSU-Lab Room | 1 | C2 |
| W81206 | PAQUN | RONALD | H | 20080820 | 10:00 | 10:00 | 20080820 | 11:00 | Medical Appointment | HSU | 1 | SOUTH2 |
| M81439 | PARKER | JOHN | | 20080820 | 13:30 | 13:30 | 20080820 | 14:00 | Medical Appointment | HSU-M/H Clinician | 1 | C1 |
| W41132 | PIZZO | PHILLIP | | 20080820 | 12:30 | 12:30 | 20080820 | 12:30 | Medical Appointment | HSU-Dental Office | 1 | C2 |
| W90007 | PRICE | MAURICE | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Doctors Office | 1 | SOUTH2 |
| M99346 | PROVOST | STEVEN | | 20080820 | 19:00 | 19:00 | 20080820 | 20:00 | Medical Appointment | HSU | 1 | A1 |
| M85338 | RAY | JASON | P | 20080820 | 13:00 | 13:00 | 20080820 | 14:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | D2 |
| W60012 | REED | DAVID | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-X Ray Room | 1 | SOUTH2 |
| W60012 | REED | DAVID | | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | SOUTH2 |
| W59959 | REX | JOHN | D | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Doctors Office | 1 | SOUTH 1 |
| W91062 | RIVERA | JOSE | | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | HSU-X Ray Room | 1 | SOUTH 1 |
| W91062 | RIVERA | JOSE | | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | SOUTH 1 |
| W88919 | ROGERS | RANDALL | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Doctors Office | 1 | SOUTH2 |
| M10210 | ROSE | THOMAS | | 20080820 | 12:30 | 12:30 | 20080820 | 13:30 | Medical Appointment | HSU-Doctors Office | 1 | C1 |
| M03342 | SAKOOR | SALAAM | R | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Medical Appointment | HSU-Doctors Office | 1 | A1 |

Massachusetts Department of Correction - Scheduling - Institution Schedule Query - W_SCH_SVW

Page 5 of 5

file://M:\output.htm

| ID | Last | First | MI | Date | Time | Time2 | Date2 | Time3 | Type | Location | | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M92604 | SANCHEZ | JAVIER | | 20080820 | 12:35 | 12:35 | 20080820 | 13:30 | Medical Appointment | HSU-Doctors Office | 1 | C2 |
| M92569 | SANTARPIO | GLENN | G | 20080820 | 19:00 | 19:00 | 20080820 | 20:00 | Medical Appointment | HSU | 1 | B2 |
| W91876 | SAUNDERS | COREY | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | NORTH 1 |
| M82011 | SHEDLOCK | PAUL | F | 20080820 | 13:30 | 13:30 | 20080820 | 14:30 | Medical Appointment | HSU | 1 | A2 |
| W83658 | SIMPSON | KEVIN | J | 20080820 | 09:30 | 09:30 | 20080820 | 10:00 | Medical Appointment | HSU | 1 | SOUTH2 |
| W31674 | SMITH | PAUL | | 20080820 | 13:30 | 13:30 | 20080820 | 13:30 | Medical Appointment | HSU-Dental Office | 1 | A1 |
| W55374 | SMITH | MICHAEL | | 20080820 | 09:00 | 09:00 | 20080820 | 09:30 | Medical Appointment | HSU-Lab Room | 1 | NORTH 1 |
| W50782 | SOUZA | WILLIAM,II | P | 20080820 | 09:30 | 09:30 | 20080820 | 10:30 | Medical Appointment | HSU | 1 | NORTH 1 |
| W90111 | SUAVE | DONALD | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU-Psychiatrists Office | 1 | SOUTH 1 |
| W83829 | TAQWA | OMAR | A | 20080820 | 09:00 | 09:00 | 20080814 | 09:00 | Medical Appointment | HSU-Lab Room | 1 | NORTH 1 |
| M94762 | TATE | ROY | L | 20080820 | 12:30 | 12:30 | 20080820 | 13:00 | Medical Appointment | HSU-M/H Clinician | 1 | C1 |
| W49128 | TINSLEY | RONALD | | 20080820 | 10:00 | 10:00 | 20080820 | 10:30 | Medical Appointment | HSU-X Ray Room | 1 | SOUTH2 |
| W49128 | TINSLEY | RONALD | | 20080820 | 09:00 | 09:00 | 20080820 | 10:00 | Medical Appointment | HSU | 1 | SOUTH2 |
| M95876 | TODD | THOMAS | | 20080820 | 13:30 | 13:30 | 20080820 | 13:30 | Medical Appointment | HSU-Dental Office | 1 | A2 |
| W87444 | TOMASO | MICHAEL | | 20080820 | 12:30 | 12:30 | 20080820 | 13:30 | Medical Appointment | HSU-Doctors Office | 1 | D1 |
| W90266 | VASQUEZ-RIVERA | JUAN | | 20080820 | 09:30 | 09:30 | 20080820 | 09:30 | Medical Appointment | HSU-Dental Office | 1 | NORTH 1 |
| W87045 | WILSON | SENECA | | 20080820 | 10:00 | 10:00 | 20080820 | 11:00 | Medical Appointment | HSU | 1 | NORTH 2 |

8/20/2008